# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

        **Plaintiff,**

**v.**                                                       Case No:   6:18-cv-1069-Orl-37KRS

**ROLLINS COLLEGE,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF'S MOTION FOR SPECIAL ADMISSION OF JOSHUA ENGEL AND ANNE TAMASHASKY (Doc. No. 4)**
>
> **FILED:   July 6, 2018**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Joshua Engel, Esq., and Anne Tamashasky, Esq., seek to specially appear as counsel for Plaintiff with Carlos Burruezo, Esq., serving as local counsel. The motion does not include all of the information required by Local Rule 2.02(a).

First, the motion states that Attorneys Engel and Tamashasky have not previously requested *pro hac vice* admission before this Court and have not abused the privilege of appearance by special admission in other cases to such a degree as to constitute maintenance of the regular practice of law in Florida, but it does not provide information regarding their admissions in other Florida courts. Thus, the Court cannot determine whether Attorneys Engel and Tamashasky have abused the

privilege of appearing specially in Florida courts. Accordingly, a renewed motion must list each case in Florida state or federal courts in which Attorney Engel of Attorney Tamashasky has appeared in the 365-day period preceding the filing of the renewed motion. If admission in this case would be the fourth or greater appearance for either Attorney Engel or Attorney Tamashasky, the motion should be supported by a showing of why an additional special admission would not abuse the privilege of appearing specially in Florida courts.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2018.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE