UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

                Plaintiff,

v.                                         Case No. 6:18-cv-1069-Orl-37KRS

ROLLINS COLLEGE,

                Defendant.

## ORDER

Before the Court is Plaintiff's motion to proceed anonymously. (Doc. 2 ("**Motion**").)

This case concerns disciplinary sanctions imposed against Plaintiff by Defendant Rollins College ("**Rollins**"). (Doc. 14, ¶ 2.) Plaintiff was a student at Rollins accused of sexual misconduct by another student. (*See id.* ¶¶ 10–20.) After investigating the matter, Rollins found Plaintiff responsible for violating the school's sexual misconduct policy and imposed sanctions, including dismissal from Rollins. (*Id.* ¶¶ 21–59.) Plaintiff now brings two claims under Title IX against Rollins, and a state-law breach of contract claim. (*Id.* ¶¶ 64–103.) With the Complaint, Plaintiff filed the Motion because: (1) this case requires disclosures of the "utmost intimacy"; and (2) proceeding this way will not harm Rollins because it already knows Plaintiff's identity. (*See* Doc. 2.)

Upon consideration, the Court is persuaded that allowing Plaintiff to proceed anonymously is appropriate at this time. Nonetheless, because Rollins has not yet appeared in this action and has not had an opportunity to respond to the Motion, the

Court finds that the Motion is due to be granted without prejudice to Rollins' right oppose.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiffs' Motion to Proceed Anonymously (Doc. 2) is **GRANTED** in accordance with the provisions of this Order.

2. Within twenty days of Defendant Rollins College's initial appearance in this action, it may file a motion challenging proceeding anonymously. Absent such a timely motion, this Order will continue in effect until the final disposition of this action—including any appellate proceedings.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 16, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record