JOHN DOE,

Plaintiff,

v.

ROLLINS COLLEGE

Defendants

Case No. 6:18-cv-01069-RBD-KRS

Judge: Dalton, Jr.

JOINT MOTION TO EXTEND TIME
FOR DISCLOSURE OF EXPERT
REPORTS

Plaintiff John Doe and Defendant Rollins College respectfully submit this Joint Motion to Extend the Time for the Parties to Disclose Expert Reports.

As grounds for this request, the parties state:

1. Pursuant to the Court's Case Management Order (Docket#29), Plaintiff's disclosure of an expert report is due by January 2, 2019 and Defendant's disclosure of expert report is due on February 4, 2019.

2. Currently, the parties have exchanged written discovery requests and are working on responses. Defendant's counsel, because of a busy trial schedule and volume of the documents requested by Plaintiff, has requested an extension of time to provide responsive documents until the middle of December 2018. Plaintiff believes that production at this later time, while not otherwise objectionable, would not permit adequate time for Plaintiff to review the documents, schedule necessary depositions, and have an expert produce a report.

3. Accordingly, in order to provide adequate time for the parties to respond to discovery and produce expert reports, the parties jointly believe that an extension of time for the disclosure of expert reports in appropriate. The parties are not requesting any other changes in the Court's Case Management Order at this time.

**Wherefore**, the Court should modify the Case Management Order as follows: (a) Plaintiff;'s expert report due March 1, 2019; (b) Defendant's expert report due March 29, 2019.

Respectfully submitted,

FOR PLAINTIFF:

/s/ Joshua Engel
CARLOS J. BURRUEZO, ESQ.
Florida Bar Number 843458
carlos@burruezolaw.com
BERTHA L. BURRUEZO, ESQ.
Florida Bar Number 596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

JOSHUA ADAM ENGEL (Ohio 0075769)
ANNE TAMASHASKY (Ohio 0064393)
*Special Admission*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

FOR DEFENDANT:

/s/ Mark Alexander
MARK G. ALEXANDER
Florida Bar Number 434078
Mark.alexander@abdlegal.com
1500 Riverside Avenue
Jacksonville, Florida 32204
Office: 904-345-3277
Facsimile: 904-345-3294


**CERTIFICATE OF SERVICE**

This certifies that the foregoing was filed electronically on October 31, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


_____/s/ Joshua Engel_____
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)