UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                           Case No: 6:18-cv-01069-ORL-RBD-KRS

ROLLINS COLLEGE,

    Defendant
_____/

## **MEDIATION REPORT**

A mediation conference was held in this matter on March 11, 2019, and the results of that conference are indicated below:

    (a)    The following individuals, parties, company representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite settlement authority:

        XXX    Plaintiff and Plaintiff's trial counsel

        XXX    Designated representative for Defendant and Defendant's trial counsel

        XXX    Required claims professional

    (b)    The following individuals, parties, corporate representative, and/or claims professionals failed to appear and/or participate as ordered: N/A

    (c)    The outcome of the mediation conference was:

        ____    The case has been completely settled. In accordance with the Local Rules, lead counsel will promptly notify the Court of the disposition of the matter.

___     The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days.  The following issues remain for this Court to resolve:

___     The conference was continued with the consent of all parties and counsel.  The mediation conference will be scheduled not later than ten (10) days prior to the scheduled trial date.  Any continuance beyond that time must be approved by the presiding Judge.  Mediation Reports will be filed after additional conferences are complete.

XXX    The parties have reached an impasse.

Done this 11th day of March 2019, in Orlando, Florida.

s/Kay L. Wolf_____
Signature of Mediator
Florida Bar No. 247065

Kay L. Wolf____
Name of Mediator

KAY L. WOLF Mediation Services, LLC
801 Silver Drive
Mailing Address

Orlando, Florida 32804_____
City, State and Zip Code

407-758-6984_____
Telephone Number