# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No:   6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　**PLAINTIFF'S MOTION TO COMPEL MATERIALS WITHHELD ON THE BASIS OF ATTORNEY-CLIENT COMMUNICATION**　(Doc. No. 48)
>
> **FILED:**　**July 7, 2019**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On July 7, 2019, Plaintiff filed the instant motion to compel regarding certain documents and deposition testimony Defendant withheld on the basis of attorney-client privilege. Doc. No. 48. However, discovery in this matter closed on July 5, 2019. *See* Doc. No. 29. The Case Management and Scheduling Order ("CMSO") in this matter provides: "The parties shall serve all discovery requests sufficiently in advance of the discovery deadline so that any response will be due by the discovery deadline." *Id.* at 4.[1]   The CMSO also advised the parties that "the Court routinely

---

[1] It appears that Plaintiff complied with this directive and Defendant served its responses prior to the

denies motions to compel that are filed after the discovery deadline as untimely." *Id.* at 8. Accordingly, because discovery in this matter is closed, Plaintiff's motion to compel (Doc. No. 29) is **DENIED**.

    **DONE** and **ORDERED** in Orlando, Florida on July 8, 2019.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

July 5, 2019 discovery deadline. Doc. Nos. 48-1, 48-2. Plaintiff began the good faith conferral process on the discovery at issue in the motion to compel on June 26, 2019, and it appears that the conferral process concluded on July 1, 2019. *See* Doc. Nos. 48-5, 48-6. Nevertheless, Plaintiff did not file the instant motion to compel until July 7, 2019, after the discovery period closed.