**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN DOE,**

       **Plaintiff,**

**v.**        Case No:    **6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S MOTION TO RECONSIDER DENIAL OF MOTION TO COMPEL MATERIALS WITHHELD ON THE BASIS OF ATTORNEY-CLIENT COMMUNICATION (Doc. No. 50)**
>
> **FILED:**    **July 8, 2019**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Discovery in this matter closed on July 5, 2019. Doc. No. 29. On July 7, 2019, Plaintiff filed a Motion to Compel Materials Withheld on the Basis of Attorney-Client Communication. Doc. No. 48. The Court denied that motion as untimely and noted that the Case Management and Scheduling Order ("CMSO") advised the parties that "the Court routinely denies motions to compel

that are filed after the discovery deadline as untimely." Doc. No. 49. Plaintiff now moves for reconsideration of that Order. Doc. No. 50.[1]

To support the motion for reconsideration, counsel for Plaintiff states that he received the deposition transcript of a key witness on the afternoon of July 5, 2019, which was ordered on an expedited basis. *Id.* ¶ 2 & n. 1. It appears that the deposition took place on June 19, 2019. *Id.* at 2. Counsel offers no explanation as to why that deposition occurred so near the close of discovery.

The discovery rules of this district provide: "[T]he completion date for discovery means that *all discovery must be completed by that date*." Middle District Discovery (2015) § 1(F)(1). "The Court expects the parties to address discovery disputes promptly, meaning before the discovery deadline passes." *Washington v. Sch. Bd. of Hillsborough Cty.*, No. 8:08-cv-2023-T-33MAP, 2010 WL 11507715, at *2 (M.D. Fla. May 5, 2010). Otherwise, the Court's CMSO would be rendered meaningless. *Id.* Because the discovery deadline in this case has passed, and Plaintiff did not obtain an extension of that deadline, the Court has determined that there is no basis to reconsider its prior Order. Accordingly, Plaintiff's Motion to Reconsider Denial of Motion to Compel Materials Withheld on the Basis of Attorney-Client Communication (Doc. No. 50) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2019.

*[signature: Leslie R. Hoffman]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Local Rule 3.01(g) in the motion for reconsideration indicates that Defendant opposes the requested relief. Doc. No. 50, at 4. Although Defendant has not yet responded to the motion, the Court has determined that it does not require the benefit of a response.