IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:18-cv-01069-RBD-KRS |
| Plaintiff, | Judge: Dalton, Jr. |
| v. | UNOPPOSED MOTION FOR LEAVE TO CONDUCT PRE-TRIAL MEETING BY VIDEO CONFERENCE OR TELECONFERENCE |
| ROLLINS COLLEGE | |
| Defendants | |

Plaintiff John Doe, respectfully submits this Motion for Leave to Conduct the Pre-Trial Meeting by Video Conference or Teleconference. Currently, the parties are required to meet in person by December 30, 2019. *See* Case Management and Scheduling Order (Doc#29).

As ground for this Motion, Plaintiff states that the parties have worked cooperatively on discovery and other issues. In particular, the parties have already started discussion of many of the issues outlined in the Court's Case Management and Scheduling Order. Counsel for Plaintiff, after discussing this issue with Counsel for Defendant, believes that the parties will be able to continue to discuss the matters in a good faith effort to either avoid trial or to coordinate a fair, thoughtful, and efficient presentation of the matter at trial through a video or teleconference.

Plaintiff's Counsel also seeks to avoid travel expenses and the inconvenience and disruption of travel during the holiday season.

Defendant does not oppose this Motion.

**Wherefore,** Plaintiff respectfully requests leave to conduct that the Pre-Trial Meeting by video conference, teleconference, or other electronic means.

Respectfully submitted,

/s/ Joshua A. Engel
Carlos J. Burruezo, Esq. (#843458)
carlos@burruezolaw.com
Bertha L. Burruezo, Esq. (#596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

Joshua Adam Engel (Ohio 0075769)
Anne Tamashasky (Ohio 0064393)
*Special Admission*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on October 31, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g) and Fed R. Civ. P. 37(a)(1), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith by email in an effort to resolve the issues raised by the motion and obtain the relief sought without court action. Counsel for the opposing party agrees on the resolution of the motion.

/s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)
