# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN DOE,**

**Plaintiff,**

**v.** **Case No: 6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

**Defendant.**

| | | | |
|---|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** | Joshua Engel |
| **DEPUTY CLERK:** | Landon Countryman | **COUNSEL FOR DEFENDANT:** | Kelly DeGance, Mark Gorman Alexander and Samantha Giudici Berdecia |
| **COURT REPORTER:** | Amie First<br>amiefirst.courtreporter@gmail.com | | |
| **SCHEDULED DATE/TIME:** | November 5, 2019 at 10:00 AM | | |

## MINUTES
### Motion Hearing

| | |
|---|---|
| **10:02 am** | Case called; appearances made by counsel. |
| | Plaintiff's witness Robert Johnson placed under oath and testifies. |
| **12:27 pm** | Court recesses for lunch. |
| **2:06 pm** | Court resumes. |
| | Court hears arguments as to Motion to Exclude Testimony of Plaintiff's Expert Witness (Doc 69) |
| | Court takes arguments under advisement. |
| **3:13 pm** | Court adjourns. |

Time in court: 10:02 am – 12:27 pm; 2:06 pm – 3:13 pm; Total time in court: 3/32