UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                       CASE NO.: 6:18-cv-01069-Orl-37KRS

ROLLINS COLLEGE,

    Defendant.

_____/

## JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Rule 6(b)(1) and Rule 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff, John Doe, and Defendant, Rollins College, respectfully move this Court for an Order modifying the Case Management and Scheduling Order ("Scheduling Order") to extend the deadlines for the parties' pretrial compliance as a result of the Court's rescheduling of the trial and final pretrial conference in this matter. In support of this Motion, the parties state:

By Order dated December 5, 2019, the trial of this case (previously set for the trial term beginning February 3, 2020) was rescheduled for March 2, 2020. The Court also rescheduled the parties' Final Pretrial Conference for February 20, 2020. The current Scheduling Order sets forth the following deadlines for the parties' pretrial compliance:

| Event | Deadline |
|---|---|
| Pre-Trial Meeting (***In Person***) | December 30, 2019 |
| Joint Final Pretrial Statement ("PTS") and Trial Briefs Case Prepared for Trial | January 9, 2020 |
| A Single Motion In Limine and any other Motions | December 26, 2019 |
| Final Pretrial Conference | January 16, 2020 10:00 am |

{00373560 1 }

| Event | Deadline |
|---|---|
| Trial Materials (including Deposition Designations and Revised Witness Lists, Exhibit Lists, Voir Dire Questions, and Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form) | January 23, 2020 |
| Commencement of the Jury Trial Term | February 3, 2020 |

**The parties propose the following modifications to the Scheduling Order's deadlines for pretrial compliance:**

| Event | Deadline |
|---|---|
| Pre-Trial Meeting (***In Person***) | **January 31, 2020** [1] |
| Joint Final Pretrial Statement ("PTS") and Trial Briefs Case Prepared for Trial | **February 10, 2020** |
| A Single Motion In Limine and any other Motions | **January 24, 2020** |
| Final Pretrial Conference | February 20, 2020 10:00 am |
| Trial Materials (including Deposition Designations and Revised Witness Lists, Exhibit Lists, Voir Dire Questions, and Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form) | **February 24, 2020** |
| Commencement of the Jury Trial Term | March 3, 2020 |

## MEMORANDUM OF LAW

A district court has broad discretion in managing its cases, including the management of pretrial activities such as discovery and scheduling. *Gadsby v. American Golf Corp. of California*, No. 2:10-cv-680-FTM-99SPC, 2012 WL 2368568, at *1 (M.D. Fla. June 21, 2012). Rule 6 of the Federal Rules of Civil Procedure provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time…if a request is made before the

---

[1] Pending the Court's ruling on this Motion, the parties have agreed to hold the Pre-Trial meeting in person in Orlando, Florida on or about January 16, 2019 at 10:30 am.

{00373560 1}                                                     2

original time…expires." Fed. R. Civ. P. 6(b)(1). In addition, Rule 16 of the Federal Rules of Civil Procedure provides that "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The parties seek to extend the deadlines for pretrial compliance to provide additional time to obtain the Court's ruling on the parties' pending *Daubert* motions and motions for summary judgment. The Court's rulings on the respective motions could narrow the scope of the issues in this case which will have a significant effect on the parties' preparation for trial. Allowing the parties to delay pretrial compliance conserves the parties' financial resources as a ruling on the pending motions will likely require modification of any previously completed matter.

The dates proposed by the parties for pretrial compliance are in alignment with the time periods set forth by the Court's previous scheduling deadlines. As required by Rule 6, the parties are requesting the modification of these deadlines well before the original time expired. There is good cause to extend the time because the parties seek to conserve resources and have a better understanding of the exact issues for trial prior to engaging in pretrial compliance. Finally, the parties conferred and agreed upon the proposed deadlines and, therefore, neither party would be prejudiced by the requested modification.

Dated this 6th day of December, 2019.

Respectfully submitted,

| ALEXANDER DEGANCE BARNETT, P.A. | ENGEL AND MARTIN, LLC |
|---|---|
| By: *s/Mark G. Alexander*<br>Mark G. Alexander<br>Florida Bar No. 434078<br>E-mail: mark.alexander@adblegal.com<br>Kelly DeGance<br>Florida Bar No. 0606022<br>E-mail: kelly.degance@adblegal.com<br>E-mail: mailbox@adblegal.com<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>(904) 345-3277 Telephone<br>(904) 345-3294 Facsimile<br><br>*Attorneys for Defendant* | By: *s/Joshua Adam Engel*<br>Joshua Adam Engel<br>Ohio Bar No.0075769 (*pro hac vice*)<br>E-mail: engel@engelandmartin.com<br>Anne Tamashasky<br>Ohio Bar No. 0064393 (*pro hac vice*)<br>E-mail: tamashasky@engelandmartin.com<br>4660 Duke Drive, Ste. 101<br>Mason, OH 45040<br>(513) 445-9600 Telephone<br>(513) 492-8989 Facsimile<br><br>Carlos J. Burruezo, Esq.<br>Florida Bar Number 843458<br>Email: carlos@burruezolaw.com<br>Bertha L. Burruezo, Esq.<br>Florida Bar Number 596973<br>Email: bertha@burruezolaw.com<br>941 Lake Baldwin Lane, Suite 102<br>Orlando, Florida 32814<br>Office: 407.754.2904<br>Facsimile: 407.754.2905 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to: Joshua Adam Endgel and Anne Tamashasky, Engel and Martin, LLC, 4660 Duke Drive, Ste 101, Mason, OH 45040 (engel@engelandmartin.com) and Bertha L. Burruezo and Carlos J. Burruezo, 941 Lake Baldwin Lane, Orlando, Florida 3281-6438 (bertha@burruezolaw.com; carlos@burruezolaw.com).

                                              *s/Mark G. Alexander*
                                                  ATTORNEY