UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                                  CASE NO.: 6:18-cv-01069-Orl-37KRS

ROLLINS COLLEGE,

    Defendant.
_____/

## DEFENDANT ROLLINS COLLEGE'S MOTION TO MODIFY
## CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Rule 6(b)(1) and Rule 16(b)(4) of the Federal Rules of Civil Procedure, Defendant, Rollins College, respectfully moves this Court for an Order modifying the Amended Case Management and Scheduling Order ("Amended Scheduling Order") to extend the deadlines for the parties' pretrial compliance as a result of the Court's rescheduling of the trial and final pretrial conference in this matter. In support of this Motion, Defendant states:

By Order dated December 5, 2019, the trial of this case (previously set for the trial term beginning February 3, 2020) was rescheduled for March 2, 2020. Plaintiff then filed a Motion to Continue March 2, 2020 Trial Date. (Doc. 102). The Court granted Plaintiff's motion (Doc. 103) and rescheduled the trial for April 6, 2020. (Doc. 104). The Court also rescheduled the Final Pretrial Conference for March 19, 2020. (Doc. 105). The current Amended Scheduling Order sets forth the following deadlines for the parties' pretrial compliance:

| Event | Deadline |
| --- | --- |
| Pre-Trial Meeting (***In Person***) | January 31, 2020 |
| Joint Final Pretrial Statement ("PTS") and Trial Briefs Case Prepared for Trial | February 10, 2020 |

{00373969 1 }

| Event | Deadline |
|---|---|
| A Single Motion In Limine and any other Motions | January 20, 2020 |
| Final Pretrial Conference | February 20, 2020 10:00 am |
| Trial Materials (including Deposition Designations and Revised Witness Lists, Exhibit Lists, Voir Dire Questions, and Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form) | February 24, 2020 |
| Commencement of the Jury Trial Term | March 3, 2020 |

**Defendant proposes the following modifications to the Scheduling Order's deadlines for pretrial compliance:**

| Event | Deadline |
|---|---|
| Pre-Trial Meeting (*In Person*) | **February 28, 2020** |
| Joint Final Pretrial Statement ("PTS") and Trial Briefs Case Prepared for Trial | **March 9, 2020** |
| A Single Motion In Limine and any other Motions | **February 27, 2020** |
| Final Pretrial Conference | March 19, 2020 10:00 am |
| Trial Materials (including Deposition Designations and Revised Witness Lists, Exhibit Lists, Voir Dire Questions, and Jointly Proposed Jury Instructions, and Jointly Proposed Verdict Form) | **March 26, 2020** |
| Commencement of the Jury Trial Term | April 6, 2020 |

## MEMORANDUM OF LAW

A district court has broad discretion in managing its cases, including the management of pretrial activities such as discovery and scheduling. *Gadsby v. American Golf Corp. of California*, No. 2:10-cv-680-FTM-99SPC, 2012 WL 2368568, at *1 (M.D. Fla. June 21, 2012). Rule 6 of the Federal Rules of Civil Procedure provides that "when an act may or must be done within a specified time, the court may, for good cause, extend the time…if a request is made before the

original time...expires." Fed. R. Civ. P. 6(b)(1). In addition, Rule 16 of the Federal Rules of Civil Procedure provides that "a schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Defendant seeks to extend the deadlines for pretrial compliance to provide additional time to obtain the Court's ruling on the parties' pending *Daubert* motions and motions for summary judgment. The Court's rulings on the respective motions could narrow the scope of the issues in this case which will have a significant effect on the parties' preparation for trial. Allowing the parties to delay pretrial compliance conserves the parties' financial resources as a ruling on the pending motions will likely require modification of any previously completed matter.

The dates proposed by Defendant for pretrial compliance are in alignment with the time periods set forth by the Court's previous scheduling deadlines. As required by Rule 6, Defendant is requesting the modification of these deadlines well before the original time expired. There is good cause to extend the time because Defendant seeks to conserve resources and have a better understanding of the exact issues for trial prior to engaging in pretrial compliance. Finally, neither party would be prejudiced by the requested modification as the proposed deadlines are in alignment with the Court's typical pretrial deadlines in relation to the trial date.

### 3.01(G) CERTIFICATION

Counsel for Defendant has conferred with Counsel for Plaintiff in this matter. Counsel for Plaintiff has stated that he does not object to moving the deadlines in the case but would like to keep the pretrial meeting of attorneys as scheduled for January 24, 2020 since he already has a plane ticket.

Dated this 17 day of December, 2019.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: _____
Mark G. Alexander
Florida Bar No. 434078
E-mail: mark.alexander@adblegal.com
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to: Joshua Adam Endgel and Anne Tamashasky, Engel and Martin, LLC, 4660 Duke Drive, Ste 101, Mason, OH 45040 (engel@engelandmartin.com) and Bertha L. Burruezo and Carlos J. Burruezo, 941 Lake Baldwin Lane, Orlando, Florida 3281-6438 (bertha@burruezolaw.com; carlos@burruezolaw.com).

_____
ATTORNEY