IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:18-cv-01069-RBD-KRS |
| Plaintiff, | Judge: Dalton, Jr. |
| v. | MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DATE |
| ROLLINS COLLEGE | |
| Defendants | |

Plaintiff John Doe, respectfully submits this Motion to Continue the March 26, 2020 Final Pretrial and the April Trial schedule due to coronavirus-related health concerns. Plaintiff respectfully suggests that, in light of the fluidity of the situation, that all dates be vacated and this matter be set for a telephone status conference in early April with the hope of being able to establish a new trial date at that time.

As ground for this Motion, Plaintiff states:

1. Plaintiff and Plaintiff's Counsel, and some witnesses reside out of Florida. Due to travel and hospitality restrictions imposed by or recommended by the government, travel to the Court will be extremely difficult under the best of circumstances and in contradiction of the most recent guidance against unnecessary travel. In addition to general health concerns, Counsel represents (without publicly disclosing personal information) that members of Plaintiff's trial team are in a high risk group who, according to Centers for Disease Control recommendations, should avoid all travel and practice more rigorous "social distancing."

2. In addition to health and safety concerns, Plaintiff believes that the current coronavirus situation would make it difficult to select a representative jury. Other district courts which have continued trial have noted this concern. *See e.g.* Western District of Kentucky General Order 20-

1

02 (continuing all trials for thirty days; noting in part "the Court's reduced ability to obtain an adequate spectrum of jurors."); Southern District of Ohio General Order 20-02 (same);

3. Continuing the Final Pretrial and Trial is in the public interest. Limiting the presence of parties, counsel, court staff, and members of the community in a courtroom setting is consistent with current pubic health recommendations. For this reason, other courts have suspended jury trials scheduled to begin in April. *See e.g.* Eastern District of New York Administrative Order 2020-06 (continuing all trails scheduled through April 27, 2020); District of Connecticut March 16, 2020 General Order (continuing all matters scheduled through April 10, 2020); District of Maryland Second Amended Standing Order 2020-003 (continuing all trials scheduled through April 24, 2020). Plaintiff notes that this is an unprecedented situation – even the Supreme Court has continued oral arguments for the first time in over 100 years. *See* https://www.supremecourt.gov/publicinfo/press/pressreleases/pr_03-16-20 ("In keeping with public health precautions recommended in response to COVID-19, the Supreme Court is postponing the oral arguments…").

4. Counsel for Defendant has indicated the following: "Defendant requests that we proceed with the pretrial conference as scheduled, but there is no objection to participation by phone; Defendant does not object to postponement of the trial to the extent such action is recommended by medical professionals and public officials, but requests delay on that decision until the pretrial conference when more information will be known." Counsel has also indicated a desire by Defendant to submit a response.

**Wherefore,** this Court should continue the March 26, 2020 Final Pretrial and the April Trial schedule and set this matter be set for a telephone status conference in early April.

Respectfully submitted,

/s/ Joshua A. Engel
Carlos J. Burruezo, Esq. (#843458)
carlos@burruezolaw.com
Bertha L. Burruezo, Esq. (#596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904

Joshua Adam Engel (Ohio 0075769)
Anne Tamashasky (Ohio 0064393)
*Special Admission*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on March 17, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_____/s/ Joshua Engel _____
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g) and Fed R. Civ. P. 37(a)(1), the undersigned counsel certifies that before filing this Motion counsel conferred with counsel for the opposing party in a good faith by email in an effort to resolve the issues raised by the motion and obtain the relief sought without court action.

The undersigned counsel further certifies, pursuant to Local Rule 3.09(d) that the moving party has been informed of and agrees to the motion to continue trial.

/s/ Joshua Engel
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)
