UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                                   CASE NO.: 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND TRIAL

Defendant, Rollins College, responds to Plaintiff's request for continuance of the final pretrial conference and trial in this case and states:

On March 17, 2020, Plaintiff filed a motion requesting the continuance of the Final Pretrial Conference and continuance of the trial in this matter as a result of the current pandemic which has created difficulties in travel and concern for the health and welfare of Plaintiff's trial team. While Rollins appreciates Plaintiff's concerns, Rollins, nevertheless, requests this Court proceed with the Final Pretrial Conference, as scheduled, and respectfully requests the Court permit the parties' appearance by telephone.

Moreover, while Rollins does not object to the postponement of the trial to the extent such action is necessary as recommended by medical professionals and public officials, Rollins requests this Court delay its decision regarding the postponement of the trial until conclusion of the Final Pretrial Conference.  In light of the continually changing recommendations of medical professionals and federal, state, and local leaders, much more will be known over the next week about this pandemic and its impact.

{00376859 1 }

Finally, notwithstanding the actions taken by this Court related to the Final Pretrial Conference and trial, Rollins respectfully requests that the Court rule on all pending motions and resolve all pending disputes that do not require in-person meetings between and among counsel and the Court. Specifically, Rollins requests the Court rule on the following:

a) Plaintiff's Motion in Limine (Doc. #114)
b) Defendant's Motion in Limine (Doc. #115)
c) Defendant's Second Motion in Limine (Doc. #124)
d) Parties' objections to Exhibits (Doc. #125-2; #125-3)
e) Parties' contested Jury Instructions (Doc. #125-6; #125-8; #126)
f) Parties' proposed Verdict Forms (Doc. #125-7; #125-9)

Having final rulings on these issues with expedite resolution of the case by allowing the parties to continue to prepare for trial regardless of any trial delay and by providing guidance as to the triable issues and damages, which will assist the parties in continuing to evaluate the likelihood of settlement.

Dates this 17th day of March, 2020.

        Respectfully submitted,

        ALEXANDER DEGANCE BARNETT, P.A.

        By: _____
        Mark G. Alexander
        Florida Bar No. 434078
        E-mail: mark.alexander@adblegal.com
        Kelly DeGance
        Florida Bar No. 0606022
        E-mail: kelly.degance@adblegal.com
        E-mail: mailbox@adblegal.com
        1500 Riverside Avenue
        Jacksonville, FL 32204
        (904) 345-3277 Telephone
        (904) 345-3294 Facsimile

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was furnished by E-mail and U.S. Mail to Joshua Adam Engel and Anne Tamashasky, Engel and Martin, LLC, 4660 Duke Drive, Ste 101, Mason, OH 45040 (engel@engelandmartin.com) and Bertha L. Burruezo and Carlos J. Burruezo, 941 Lake Baldwin Lane, Orlando, Florida 3281-6438 (bertha@burruezolaw.com; carlos@burruezolaw.com) this 17th day of March, 2020.

_____
ATTORNEY