UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                              Case No. 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____

### ORDER

Plaintiff moves to continue the Final Pretrial Conference and trial term. (Doc. 127.) Defendant does not oppose continuing the trial term, but requests the Court keep the scheduled Final Pretrial Conference to be conducted telephonically. (Doc. 128.) Per the Orlando Division's Order on COVID-19, the trial term is suspended pending further order of the Court. *See In Re: Coronavirus Public Emergency*, 6:20-mc-17-Orl-37 (Doc. 1). The Final Pretrial Conference will be conducted as scheduled telephonically on March 26, 2020. (*See* Doc. 113.) A notice with call-in information will follow.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Continue Final Pretrial Conference and Trial Date (Doc. 127) is **GRANTED IN PART AND DENIED IN PART**:

1.     The trial term is suspended until further Court order.

2.     The Final Pretrial Conference will be conducted telephonically on **March 26, 2020**.

3. In all other respects, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 18, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record