UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                                          Case No. 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____

## ORDER

This matter is before the Court on Plaintiff's Motion for a Preliminary Injunction. (Doc. 137 ("**Motion**").) Due to the postponement of trial, Plaintiff asks the Court to prohibit Defendant "from imposing and reporting any disciplinary sanctions against Plaintiff related to the alleged sexual misconduct described in this Complaint pending the completion of trial and the consideration of permanent injunctive relief." (*Id.* at 6.) A briefing schedule and hearing date for the Motion follow.

It is **ORDERED AND ADJUDGED**:

1. The Court will **TAKE UNDER ADVISEMENT** Plaintiff's Motion for a Preliminary Injunction (Doc. 137).

2. On or before Thursday, **April 9, 2020,** Plaintiff may file any further evidence or affidavits in support of the Motion.

3. On or before Friday, **April 17, 2020**, Defendant may file one consolidated response in opposition to the Motion, including all opposing affidavits.

4. On or before Wednesday, **April 22, 2020**, Plaintiff may file a reply to Defendant's response. Plaintiff's reply shall be directed only to Defendant's response; shall not include any new issues, rebuttal affidavits, or other evidence in support; and shall not exceed five (5) pages.

5. This matter will be heard telephonically before the undersigned on Wednesday, **April 29, 2020, at 10:00 a.m.** A notice with call-in information will follow. Each side shall have thirty (30) minutes for oral argument. No evidence will be taken at the hearing.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 2, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record