# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

        **Plaintiff,**

**v.**                                             **Case No: 6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

        **Defendant.**

---

| | | |
|---|---|---|
| **JUDGE:** | Roy B. Dalton, Jr. | **COUNSEL FOR PLAINTIFF:** Joshua Engel |
| **DEPUTY CLERK:** | Bianca Acevedo | **COUNSEL FOR DEFENDANT:** Kelly DeGance, Mark Gorman Alexander and Samantha Giudici Berdecia |
| **COURT REPORTER:** | Amie First amiefirst.courtreporter@gmail.com | |
| **SCHEDULED DATE/TIME:** | April 29, 2020 at 10:00 AM | |

## MINUTES
## MOTION HEARING

10:00 AM    Case called; appearance made by counsel.

                Court hears argument on the Motion for Preliminary Injunction (Doc. 137).

                The Plaintiff's Motion for Preliminary Injunction (Doc. 137) is denied.

                Order to entered.

                Court is in recess.

Time in court: 10:00 am – 10:40 am; Total time in court: 40 Minutes