UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                                      Case No. 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____

## **ORDER**

The Court deferred ruling on some of the parties' motions in limine to address them as they arose in trial. (*See* Doc. 135.) In light of the delayed trial schedule from the COVID-19 pandemic (*see* Doc. 130), the Court denies the motions (Docs. 114, 115) without prejudice. When a new trial schedule is established, the Court will notify the parties of a deadline to refile their motions in limine.

It is **ORDERED AND ADJUDGED** that Plaintiff's Motion in Limine (Doc. 114) and Defendant's Motion in Limine to Exclude Evidence and Testimony of Other Title IX Investigations (Doc. 115) are **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 29, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record