UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                          CASE NO.: 6:18-cv-01069-Orl-37KRS

ROLLINS COLLEGE,

    Defendant.
_____/

## NOTICE OF SERVING PROPOSAL FOR SETTLEMENT

Defendant, Rollins College ("Rollins"), hereby gives notice that on this date it served a proposal for settlement on Plaintiff pursuant to Section 768.79, Florida Statutes.

Dated this ___ day of August 2020.

                                              Respectfully submitted,

                                              ALEXANDER DEGANCE BARNETT, P.A.

                                              By: _____
                                              Mark G. Alexander
                                              Florida Bar No. 434078
                                              E-mail: mark.alexander@adblegal.com
                                              Kelly DeGance
                                              Florida Bar No. 0606022
                                              E-mail: kelly.degance@adblegal.com
                                              Samantha Giudici Berdecia
                                              Florida Bar No. 0058667
                                              E-mail: samantha.giudici@adblegal.com
                                              E-mail: mailbox@adblegal.com
                                              1500 Riverside Avenue
                                              Jacksonville, FL 32204
                                              (904) 345-3277 Telephone
                                              (904) 345-3294 Facsimile

                                              *Attorneys for Defendant*

{00382487 1 }

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to: Joshua Adam Engel, Engel and Martin, LLC, 4660 Duke Drive, Ste 101, Mason, Ohio 45040 (engel@engelandmartin.com) and Bertha L. Burruezo and Carlos J. Burruezo, 941 Lake Baldwin Lane, Orlando, Florida 3281-6438 (bertha@burruezolaw.com; carlos@burruezolaw.com).

_____
ATTORNEY