# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

      **Plaintiff,**

**v.**                                                          **Case No:   6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

      **Defendant.**

## ORDER TO STRIKE

This cause came on for consideration by the Court *sua sponte*. Rollins College filed a Notice of Serving Proposal for Settlement (Doc. No. 157) in the above-styled case. Neither the Federal Rules of Civil Procedure nor the Local Rules of this Court allow for the filing of settlement proposals. Moreover, Federal Rule of Civil Procedure 68 provides that an offer of judgment, referred to as a proposal for settlement under Florida law, shall be filed only after the offer is accepted. Therefore, the Notice is hereby **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on August 26, 2020.

*[signature: Leslie R. Hoffman]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record