# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>ROLLINS COLLEGE<br><br>Defendants | Case No. 6:18-cv-01069-RBD-KRS<br><br>Judge: Dalton, Jr.<br><br>JOINT MOTION FOR A REFERRAL TO A UNITED STATES MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE |

Plaintiff John Doe and Defendant Rollins College respectfully submit this Joint Motion for a Referral to United States Magistrate Judge Leslie Hoffman for a Settlement Conference.

As grounds for this Motion, the parties state:

The parties have continued to discuss settlement of this action and believe that the assistance of the Court would be beneficial before undertaking the extensive efforts needed to conduct final preparation of the case for trial.  Accordingly, the parties jointly request that that Court refer this matter to United States Magistrate Judge Leslie Hoffman for a settlement conference.

In order to conserve resources, and in light of the COVID-19 situation, the parties believe that any settlement conference should be conducted by remote video conference.  The parties further respectfully suggest that Magistrate Judge Hoffman may be appropriate for this referral, as Judge Hoffman has some familiarity with the factual and legal issues presented by this case.

**Wherefore**, this Court refer this matter to United States Magistrate Judge Leslie Hoffman for a settlement conference.

Respectfully submitted,

FOR PLAINTIFF:


/s/ Joshua Engel
CARLOS J. BURRUEZO, ESQ.
Florida Bar Number 843458
carlos@burruezolaw.com
BERTHA L. BURRUEZO, ESQ.
Florida Bar Number 596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

JOSHUA ADAM ENGEL (Ohio 0075769)
ANNE TAMASHASKY (Ohio 0064393)
   *Special Admission*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

        FOR DEFENDANT:

        /s/ Mark Alexander
        MARK G. ALEXANDER
        Florida Bar Number 434078
        KELLY DEGANCE
        SAMANTHA GIUDICI
        Mark.alexander@abdlegal.com
        1500 Riverside Avenue
        Jacksonville, Florida 32204
        Office: 904-345-3277
        Facsimile: 904-345-3294

## LOCAL RULE 3.09(D) CERTIFICATION

Counsel affirm that that the Parties have been informed of and agree to this Motion.

        /s/ Joshua Engel
        JOSHUA ADAM ENGEL

        /s/ Mark Alexander
        MARK G. ALEXANDER

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on November 12, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

        /s/ Joshua Engel
        Joshua Adam Engel (Ohio No. 0075769)
        (*pro hac vice*)