UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                                      Case No. 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____

### ORDER OF REFERRAL

The parties move for a referral to U.S. Magistrate Judge Leslie Hoffman for a settlement conference. (Doc. 159 ("**Motion**").) On review, the Court grants the Motion. *See* Local Rule 9.03(a).

Accordingly, it is **ORDERED AND ADJUDGED**, the above-captioned case is **REFERRED** to U.S. Magistrate Judge Leslie R. Hoffman for a joint settlement conference. The parties are to contact Judge Hoffman's chambers to schedule a mutually agreeable time and format for the conference.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 13, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
U.S. Magistrate Judge Leslie Hoffman