IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOE, | Case No. 6:18-cv-01069-RBD-KRS |
| Plaintiff, | Judge: Dalton, Jr. |
| v. | NOTICE IDENTIFYING PERSONS WHO WILL BE ATTENDING THE SETTLEMENT CONFERENCE |
| ROLLINS COLLEGE | |
| Defendants | |

Pursuant to the Court's Order Setting Settlement Conference (Doc#161), Plaintiff John Doe respectfully provides notice identifying the persons who will be attending the settlement conference:

Joshua Engel (engel@engelandmartin.com)

Anne Tamashasky (tamashasky@engelandmartin.com)

John Doe (email to be provided directly to Chambers)

Mother of John Doe (email to be provided directly to Chambers)

The undersigned counsel certifies that parties present at the settlement conference have full authority to negotiate a settlement with respect to all issues presented by the case and have the legal capacity to execute a binding settlement agreement on behalf of Plaintiff.

    Respectfully submitted,

    /s/ Joshua A. Engel
    Carlos J. Burruezo, Esq. (#843458)
    carlos@burruezolaw.com
    Bertha L. Burruezo, Esq. (#596973
    bertha@burruezolaw.com
    941 Lake Baldwin Lane, Suite 102
    Orlando, Florida 32814
    Office: 407.754.2904
    Facsimile: 407.754.2905

1

                                            JOSHUA ADAM ENGEL (Ohio 0075769)
                                            ANNE TAMASHASKY (Ohio 0064393)
                                                   *Special Admission*
                                            ENGEL AND MARTIN, LLC
                                            4660 Duke Drive, Ste. 101
                                            Mason, OH 45040
                                            (513) 445-9600
                                            (513) 492-8989 (Fax)
                                            engel@engelandmartin.com
                                            tamashasky@engelandmartin.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on November 16, 2020. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                _____/s/ Joshua Engel_____
                                            Joshua Adam Engel (Ohio No. 0075769)
                                            (*pro hac vice*)