UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

     Plaintiff,

v.                         CASE NO.: 6:18-cv-01069-Orl-37KRS

ROLLINS COLLEGE,

     Defendant.

_____/

## NOTICE REQUIRED BY ORDER SETTING SETTLEMENT CONFERENCE

Pursuant to the Court's order setting settlement conference dated November 13, 2020 (doc 161), the Defendant, Rollins College, provides notice that the following persons will attend the Settlement Conference on December 11, 2020:

**Matt Hawks**

Associate Vice President, Human Resources and Risk Management, Rollins College

Email Address: mhawks@rollins.edu

**Ashlee V. Hodge, Esq.**

Resolutions Counsel, United Educators

Email Address: ahodge@ue.org

**Mark G. Alexander (Attorney for Defendant)**

Alexander DeGance Barnett

Email Address: mark.alexander@adblegal.com

{00385592 1 }

Mr. Hawks has authorization from the Defendant Rollins College to settle the case. Likewise, Ms. Hodge has authorization from the insurance carrier United Educators to settle the case. The Defendant and its insurance carrier are organizations. As such, the respective representatives are authorized within reasonable limitations to settle the case.

Dated this 1st day of December 2020.

Respectfully submitted,

ALEXANDER DEGANCE BARNETT, P.A.

By: _____
Mark G. Alexander
Florida Bar No. 434078
E-mail: mark.alexander@adblegal.com
Kelly DeGance
Florida Bar No. 0606022
E-mail: kelly.degance@adblegal.com
Samantha Giudici Berdecia
Florida Bar No. 0058667
E-mail: samantha.giudici@adblegal.com
E-mail: mailbox@adblegal.com
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3277 Telephone
(904) 345-3294 Facsimile

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December _____, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of this filing to: Joshua Adam Engel, Engel and Martin, LLC, 4660 Duke Drive, Ste 101, Mason, Ohio 45040 (engel@engelandmartin.com) and Bertha L. Burruezo and Carlos J. Burruezo, 941 Lake Baldwin Lane, Orlando, Florida 3281-6438 (bertha@burruezolaw.com; carlos@burruezolaw.com).

ATTORNEY