**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JOHN DOE,**

       **Plaintiff,**

**v.**                                            **Case No:   6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

       **Defendant.**

## ORDER

This matter is set for a settlement conference before the undersigned on December 11, 2020. Doc. No. 161.  The settlement conference will be conducted via the web-based Zoom application. *Id.*  Earlier today, the Court issued invitations via email to the persons who will be attending the settlement conference.  *See* Doc. Nos. 162–63.  To preserve Plaintiff's anonymity, counsel for Plaintiff is **DIRECTED** to forward to Plaintiff and his mother, *see* Doc. No. 162, a copy of the email invitation.

**DONE** and **ORDERED** in Orlando, Florida on December 1, 2020.

*[signature]*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record