# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHN DOE,**

    **Plaintiff,**

**v.**                                     **Case No: 6:18-cv-1069-Orl-37LRH**

**ROLLINS COLLEGE,**

    **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie R. Hoffman | COURTROOM: | HELD IN CHAMBERS (VIDEO CONFERENCE) |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Anne Tamashasky<br>Joshua Engel |
| AUDIO RECORDING: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Mark Gorman Alexander |
| DATE/TIME:<br>TOTAL TIME: | December 11, 2020<br>10:05-3:30<br>5 hours/25 minutes | | |

## CLERK'S MINUTES
## SETTLEMENT CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Settlement Conference held.
Impasse.