UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                              Case No. 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____

## **ORDER**

The Court held a status conference in this case on January 21, 2021 setting a trial date and briefing deadlines. (Doc. 170.) This Order memorializes the Court's oral pronouncements.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. This case is set for a **JURY TRIAL** on Tuesday, **March 16, 2021**.

2. By Friday, **February 5, 2021**, Plaintiff is **DIRECTED** to file briefing, not to exceed **ten (10)** pages, on whether Plaintiff should be able to proceed under a pseudonym for trial. By Friday, **February 12, 2021**, Defendant is **DIRECTED** to respond, not to exceed **ten (10)** pages.

3. By Friday, **February 12, 2021**, the parties are directed to refile motions *in limine* with the remaining disputed evidentiary issues. The parties may refile their identical motions (Docs. 114, 115) if the disputed issues remain unchanged. By Friday, **February 19, 2021**, the parties may respond to the

motions *in limine*, if necessary, otherwise the Court will rely on their previously-filed responses (Docs. 116, 121).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 2, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record