**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA/ORLANDO DIVISION**



**TRIAL CALENDAR ORDER**

The following cases are set for trial during the **March 2021 Trial Term** commencing **Monday, March 1, 2021** before the **HONORABLE ROY B. DALTON, JR.**

The cases are listed in the order in which they will be tried, although experience indicates that at times cases may be called out of order. For the convenience of counsel, the names and telephone numbers of all counsel are furnished so that counsel may **keep themselves** informed of the progress of the cases listed prior to their own. Counsel will be notified telephonically for trial by the Courtroom Deputy Clerk. Counsel and their witnesses are expected to be available on **24 hours' notice**.

Counsel should be familiar with the Court's Case Management and Scheduling Order ("**CMSO**") and all Local Rules, especially Local Rule 5.03 regarding courtroom decorum. Witnesses must appear in proper business attire which, for gentlemen includes coat and tie.

Unless otherwise ordered in the Pretrial Order, proposed jury instructions and any form of Special Verdict, shall be filed with the Clerk of Court and served on opposing counsel **before** jury selection, with two (2) copies marked "JUDGE'S COURTESY COPY," provided directly to Judge Dalton's Chambers. The format and other requirements for the proposed jury instructions and verdict are set forth in the CMSO. Please provide the Court with an electronic copy of your jury instructions and special verdict in Microsoft Word® format to the Chamber's email address [chambers_flmd_Dalton@flmd.uscourts.gov].

**Exhibit and witness lists shall be filed electronically with the Clerk of Court by the Friday before jury selection. Parties are directed to furnish three (3) copies of each to the Courtroom Deputy Clerk before jury selection**. All exhibits are to be pre-marked in accordance with the attached instructions. M.D. Fla. Rule 3.07.

Counsel are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of their case by contacting the Courtroom Deputy Clerk at (407) 835-4211.

In **CRIMINAL CASES**, guilty pleas should be entered before the Court on or before the date announced at the status conference. Contact the Courtroom Deputy to be placed on the Court's calendar for a change of plea. Counsel for the defendants on bond are charged with the responsibility of notifying the defendants when the case is called for trial and informing them that their presence is required.

**Any request for continuance** shall be presented in writing and in accordance with the requirements of the Court's CMSO and Local Rule 3.08. In addition, any request for continuance shall include a report of every non-moving party's current support for or opposition to the requested continuance. If a request for continuance is based upon a calendar conflict with another proceeding,

the request must provide the information pertinent to a resolution of the conflict (*i.e.*, the information necessary to confirm the existence of, and to determine the applicable priority of, the conflicting events in accord with the prescriptions in the "Resolution of the Florida State-Federal Judicial Council Regarding Calendar Conflicts Between State and Federal Courts" [appended to and adopted in *Krasnow v. Navarro*, 909 F.2d 451, 455 (11th Cir. 1990), and codified in Rule 2.052, Florida Rules of Judicial Administration, as amended and adopted in Amendments to the Florida Rules of Judicial Administration, 682 So. 2d 89 (Fla. 1996)]).

Counsel are reminded to review the Court's preferences located on the Court's webpage at http://www.flmd.uscourts.gov/judicialInfo/Orlando/JgDalton.html.

## MARCH TRIAL TERM CALENDAR

| | | |
|---|---|---|
| **CASE NO. 1** - JURY TRIAL – 3 days | **\*\*Set for Jury Trial on 3/9/2021, date certain\*\*** | |
| **Case No. 6:20-cr-89-Orl-37LRH** | | |
| USA | Amanda S. Daniels | 407-648-7513 |
| | Chauncey Arthur Bratt | 407-648-7506 |
| v. | | |
| **JAMES LAPIN** | Michael Shay Ryan | 407-648-6338 |
| | Nicole Mouakar | 407-772-8851 |
| **CASE NO. 2** - JURY TRIAL – 5 days | **\*\*Set for Jury Trial on 3/16/2021, date certain\*\*** | |
| **Case No. 6:18-cv-1069-Orl-37LRH** | | |
| JOHN DOE | Anne Tamashasky | 513-445-9600 |
| | Joshua Engel | |
| | Bertha L. Burruezo | 407-754-2904 |
| | Carlos J. Burruezo | |
| v. | | |
| **ROLLINS COLLEGE** | Kelly DeGance | 904-345-3277 |
| | Mark Gorman Alexander | |
| | Samantha Giudici | |
| **CASE NO. 3** - JURY TRIAL – 3 days | **\*\*Set for Jury Trial on 3/23/2021, date certain\*\*** | |
| **Case No. 6:20-cr-163-Orl-37GJK** | | |
| USA | Emmette Jackson Boggs | 407-648-7500 |
| v. | | |

| | | |
|---|---|---|
| **FREEDIE LEE WILLIS** | Daniel W. Eckhart | 407-567-2286 |
| **CASE NO. 4** - JURY TRIAL – 2 days | **\*\*Set for Jury Trial on 3/30/2021, date certain \*\*** | |
| **Case No. 5:20-cr-69-Oc-37PRL** **USA** | Tyrie K. Boyer | 352-547-3600 |
| v. | | |
| **JOHNNY LEE SMITH** | David Gerhart Mengers | 352-622-5514 |
| **CASE NO. 5** - JURY TRIAL – 4 days | **\*\*Back Up to Above\*\*** | |
| **Case No. 6:19-cv-394-Orl-37EJK** **JOYCE HERR** | John D. Middleton | 352-475-1611 |
| v. | | |
| **ARMOR CORRECTIONAL HEALTH SERVICES, INC.** | Robindra Nath Khanal Christopher N. Gonsalves | 407-872-6011 |

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 28, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:  Counsel of Record
US Magistrate Judges
U.S. Marshal
U.S. Probation
U.S. Pretrial Services