**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>ROLLINS COLLEGE<br><br>Defendants | Case No. 6:18-cv-01069-RBD-KRS<br><br>Judge: Dalton, Jr.<br><br>STIPULATION RE: ORIANA JIMENEZ-GUEVARA |

The parties stipulate and agree as follows:

1. Witness Oriana Jimenez-Guevara (the "Witness") was properly served with a subpoena commanding her attendance at the trial in this matter.
2. The Witness has recently been hospitalized with a significant medical condition and, therefore, is unavailable to testify in this matter. The parties stipulate that the Witness is unavailable as the term is used in Fed. R. Civ. P. 26(a)(4)(C) in that the Witness cannot attend or testify because of illness or infirmity.
3. The Witness' deposition testimony may be offered to the jury for any proper purpose. Subject to instruction from the Court, any objection may be made at trial to the admission of any deposition testimony that would be inadmissible if the Witness were present and testifying.

Respectfully submitted,

FOR PLAINTIFF:

/s/ Joshua Engel

CARLOS J. BURRUEZO, ESQ.
Florida Bar Number 843458
carlos@burruezolaw.com
BERTHA L. BURRUEZO, ESQ.
Florida Bar Number 596973
bertha@burruezolaw.com
941 Lake Baldwin Lane, Suite 102
Orlando, Florida 32814
Office: 407.754.2904
Facsimile: 407.754.2905

JOSHUA ADAM ENGEL (Ohio 0075769)
ANNE TAMASHASKY (Ohio 0064393)
*Special Admission*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

FOR DEFENDANT:

/s/ Mark Alexander

MARK G. ALEXANDER
Florida Bar Number 434078
KELLY DEGANCE
SAMANTHA GIUDICI
Mark.alexander@abdlegal.com
1500 Riverside Avenue
Jacksonville, Florida 32204
Office: 904-345-3277
Facsimile: 904-345-3294

**CERTIFICATE OF SERVICE**

This certifies that the foregoing was filed electronically on March 15, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

____/s/ Joshua Engel ______
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)