# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                          Case No: 6:18-cv-1069-RBD-LRH

ROLLINS COLLEGE,

    Defendant.

---

**JUDGE:** Roy B. Dalton, Jr.

**DEPUTY CLERK:** Bianca Acevedo

**COURT REPORTER:** Amie First
amiefirst.courtreporter@gmail.com

**SCHEDULED DATE/TIME:** March 17, 2021 at 9:00 AM

**COUNSEL FOR PLAINTIFF:** Anne Tamashasky and Joshua Engel

**COUNSEL FOR DEFENDANT:** Kelly DeGance and Mark Gorman Alexander

---

## MINUTES
### Jury Trial (Day 2)

| Time | Event |
|---|---|
| 8:44 a.m. | Court reconvenes. Court addresses matters with both parties. |
| 8:58 a.m. | Jurors enter the courtroom. Plaintiff's witness: John Doe sworn and testified. Direct examination of Mr. Doe conducted by Mr. Engel. |
| 10:31 a.m. | Jurors exit the courtroom. |
| 10:32 a.m. | Brief recess. |

| | |
|---|---|
| 10:45 a.m. | Jurors enter the courtroom. Court reconvenes. |
| 10:46 a.m. | Cross-examination of Mr. Doe conducted by Mr. Alexander. |
| 11:55 a.m. | Jurors exit the courtroom. |
| 11:57 a.m. | Lunch recess. |
| 1:13 p.m. | Jurors enter courtroom. Court reconvenes. |
| 1:15 p.m. | Jurors enter the courtroom. Plaintiff's witness: Steven Shedlin sworn and testified. Direct examination of Mr. Shedlin conducted by Mr. Engel. |
| 1:35 p.m. | Cross-examination of Mr. Shedlin conducted by Mr. Alexander. |
| 1:37 p.m. | Plaintiff's witness: Deena Wallace sworn and testified. Direct examination of Ms. Wallace conducted by Mr. Engel. |
| 3:00 p.m. | Jurors exit the courtroom. Brief recess. |
| 3:14 p.m. | Jurors enter the courtroom. Court reconvenes. Cross-examination of Ms. Wallace conducted by Mr. Alexander. |
| 4:00 p.m. | Court reviews disposition of Oriana Jimenez Guevara with parties |
| 4:05 p.m. | Deposition of Oriana Jimenez Guevara read to the jury. Questions conducted by Mr. Engel and answer read by Ms. DeGance. |
| 5:00 p.m. | Jurors exit and are excused for the evening. Court addresses matters with both parties. |
| 5:06 p.m. | Court is adjourned. Court will resume Thursday, March 18, 2021 at 9:00 a.m. |

Time in court: 8:44 a.m. – 11:57 a.m., 1:13 p.m. – 5:06 p.m.;
Total time in court: 7 hours and 6 minutes