UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

    Plaintiff,

v.                                      Case No. 6:18-cv-1069-Orl-37LRH

ROLLINS COLLEGE,

    Defendant.
_____

## VERDICT FORM

1. The Court has determined that Defendant Rollins College breached its contractual obligation to complete the process related to the allegations Plaintiff violated the school's sexual misconduct policy within 60 days. Has Plaintiff proved by a preponderance of the evidence that this breach was material?

    Yes: _____   No: __X__

2. Has Plaintiff proved by the preponderance of the evidence that Defendant Rollins College breached a contractual obligation to not have irrelevant prior sexual history considered as information in the investigation of the allegations that Plaintiff violated the school's sexual misconduct policy and that this breach was material?

    Yes: _____   No: __X__

1

3. Has Plaintiff proved by the preponderance of the evidence that Defendant Rollins College breached a contractual obligation to reach a timely and fair resolution of the allegations that Plaintiff violated the school's sexual misconduct policy and that this breach was material?

   Yes: _____   No: \_\_\_X\_\_\_\_\_

If you answered "No" to all of Questions 1 through 3, this ends your deliberations, and your foreperson should sign and date this verdict form. If you answered "Yes" to either Questions 1, 2, or 3, please proceed to Question 4.

4. Do you find by a preponderance of the evidence that Plaintiff suffered damages as a result of Defendant Rollins College's breach of contract?

   Yes: _____   No: _____

If you answered "Yes" please proceed to Question 5. If you answered "No" this ends your deliberations, and your foreperson should sign and date this verdict form.

5. Based on a preponderance of the evidence, what amount of money, if any, should be awarded to Plaintiff as compensation for damages caused by Defendant Rollins College's material breach of its contract with Plaintiff?

   Damages:        $_____

SO SAY WE ALL, this 18 day of March 2021.

_____
Foreperson's Signature