

Rollins College • Vice President of Student Affairs
1000 Holt Ave. - 2771 • Winter Park, FL 32789-4499
T 407.646.2345 • rollins.edu/student-affairs

*Confidential*

**MEMORANDUM**

| | |
|---|---|
| To: | Jane Roe – Reporting Party |
| | ▓▓▓▓ Responding Party |
| Copy to: | Oriana Jimenez – Title IX Coordinator |
| | Meghan Harte Weyant – Dean of Students |
| From: | Mamta Accapadi – Vice President for Student Affairs |
| Regarding: | Charge by Jane Roe ("Reporting Party") against ▓▓▓▓ ("Responding Party") of violation of the College's Sexual Misconduct and Harassment Policy (the "Charge") |
| Date: | April 12, 2018 |

This case is before me on appeal by the Responding Party of the final decision and outcome dated March 6, 2018 by the Title IX Coordinator on the Charge.

The appeal will be considered pursuant to the College's published Sexual Misconduct and Harassment Policy (the "Policy"). Pursuant to the Policy, the College referred the matter to me for consideration of the appeal.

The Responding Party's appeal under the Policy was on the basis of procedural misconduct during the investigation, that the preponderance of evidence standard was not met, and on the basis that the sanctions are inappropriate for the violation of College Policy. The Reporting Party's appeal was on the basis of increased sanctions for the violation of College Policy.

I have carefully reviewed the record in this case and do not find any procedural misconduct. The arguments made by Responding Party on this point are not persuasive. Upon review of the Title IX investigator's findings, I also affirm that the preponderance of evidence standard was met.

Rollins/Doe - 000448

Upon review of this case and sanctions imposed, I uphold the sanctions imposed (listed below with clarification) in this case.

1. **Contact restriction:** The no-contact order that exists between the Responding and the Reporting Party will remain in effect for as long as the Reporting Party is a student or employee at the College and applies both on and off campus.
2. **Dismissal:** Responding Party is permanently separated from the College without the opportunity for readmission, or admission to any Rollins College academic program in the future. This dismissal is effective Spring 2018, and does not apply to the undergraduate degree already earned. Dismissed students are not eligible for a tuition refund.
3. **Privilege restrictions:** Responding Party will not be permitted to participate in commencement/graduation ceremonies and any Rollins College affiliated events on or off campus for an indefinite period of time. Student organization events are considered Rollins College affiliated events. The Responding Party is banned from returning to campus for an indefinite period of time.

This decision on the appeal is final, including the instructions stated above. The matter is now concluded.

Sincerely,

*Mamta Accapadi*

Mamta Accapadi, Ph.D.
Vice President for Student Affairs

Rollins/Doe - 000449