```
Student No: R01119600                                           Date Issued: 08-JAN-2019

   Record of:                                      U N O F F I C I A L      Page:   1
   Current Name:

                                                              OFFICE OF STUDENT RECORDS
                                                              ROLLINS COLLEGE
                                                              1000 HOLT AVENUE - 2713
   Issued To: Matt Hawks, Rollins HR                          WINTER PARK, FL 32789-4499

Course Level: Undergraduate              Term Information continued:
  Only Admit: Fall 2014 - A&S/CPS/Holt   Communication Studies

Current Program                          SUBJ NO.  C    COURSE TITLE           CRED GRD    PTS R
     College : College of Liberal Arts/A&S         ────────────────────────────────────────────
       Major : Business                   COM  100  R  Intro Communication Studies 4.00 B   12.00
       Minor : Communication Studies      IMW  100C1 R Identities:Conformity&Deviance 4.00 B+ 13.32
                                          MAT  108  R  Essential Math              4.00 A   16.00
Degrees Awarded: Artium Baccalaureus 31-DEC-2017  MAT 108L R Essential Math Lab    0.00 CR   0.00
Primary Degree                            PEA   51  R  Co-Ed Basketball            1.00 CR   0.00
     College : College of Liberal Arts/A&S SPN  201  R  Intermediate Spanish I     4.00 A-  14.68
       Major : Business                      Ehrs: 17.00 GPA-Hrs: 16.00 QPts:  56.00 GPA:   3.50
       Minor : Communication Studies     Dean's List
       Inst. Honors: Cum Laude            Good Standing

SUBJ NO.  C    COURSE TITLE        CRED GRD   PTS R Fall 2015- A&S/CPS/Holt
                                                      College of Liberal Arts/A&S
                                                      Business
TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:          COM  110  R  Public Speaking           4.00 B+  13.32
                                                      ENG  140  R  Writing About: Magic Kingdom 4.00 A- 14.68
  *        Advanced Placement                         IMW  150A3 R Men, Masculinity and Movies 4.00 A- 14.68
                                                      PEA   62  R  Sailing/Canoeing          0.00 P    0.00
HIS  142    US History         4.00 T4                PED  101  R  Health & Wellness         4.00 B+  13.32
PSY  101    Psychology         4.00 T4                   Ehrs: 16.00 GPA-Hrs: 16.00 QPts: 56.00 GPA: 3.50
     Ehrs: 8.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00  Dean's List
                                                    Good Standing
INSTITUTION CREDIT:
                                                    Spring 2016- A&S/CPS/Holt
Fall 2014 - A&S/CPS/Holt                              College of Liberal Arts/A&S
  College of Liberal Arts/A&S                         Business
  Business                                            BUS  101  R  Bus, Innov & Entrep Thinking 4.00 A- 14.68
COM  220  R  Interpersonal Communication 4.00 B+ 13.32 BUS 135  R  Business Law & Ethics     4.00 A   16.00
HIS  113  R  History of Modern Europe I  4.00 A- 14.68 COM 240  R  Intercultural Communication 4.00 A 16.00
IFT  112  H  Creating Web Home Pages     1.00 CR  0.00 COM 295  R  Research Methods in Comm  4.00 A-  14.68
RCC  100  R  The World in 1996           4.00 B+ 13.32 IMW 150S3 R Clickbait Chemistry       4.00 A   16.00
SPN  110  R  Review of Elementary Spanish 4.00 A 16.00    Ehrs: 20.00 GPA-Hrs: 20.00 QPts: 77.36 GPA: 3.86
     Ehrs: 17.00 GPA-Hrs: 16.00 QPts: 57.32 GPA: 3.58 President's List
Dean's List                                         Good Standing
Good Standing
                                                    Fall 2016- CLA/HOLT
Spring 2015 - A&S/CPS/Holt                            College of Liberal Arts/A&S
  College of Liberal Arts/A&S                       ******************* CONTINUED ON PAGE 2 *******************
******************* CONTINUED ON NEXT COLUMN *******************
```

Student No: R01119600                                                                          Date Issued: 08-JAN-2019

Record of:                                                              U N O F F I C I A L       Page:  2
Level: Undergraduate

```
Term Information continued:                              SUBJ  NO.  C          COURSE TITLE        CRED GRD    PTS R
  Business
                                                         Institution Information continued:
SUBJ  NO.  C          COURSE TITLE        CRED GRD   PTS R MGT  342   R   Human Resource Management   4.00 A-   14.68
                                                              Ehrs: 18.00 GPA-Hrs: 16.00  QPts:   58.72 GPA:   3.67
BUS   230  R   Financial/Managerial Acctg   4.00 B     12.00 Dean's List
BUS   233  R   Micro & Macro Economics      4.00 A-    14.68 Good Standing
BUS   236  R   Statistics for Business      4.00 B+   13.32 ********************* TRANSCRIPT TOTALS ************************
BUS   245  R   Intl Organizational Behavior 4.00 A     16.00             Earned Hrs  GPA Hrs   Points      GPA
IMW   200H2 R  Peace Through Film           4.00 A-    14.68 TOTAL INSTITUTION   132.00    128.00   468.08    3.65
         Ehrs: 20.00 GPA-Hrs: 20.00  QPts:  70.68 GPA:   3.53
Dean's List                                              TOTAL TRANSFER        8.00      0.00     0.00    0.00
Good Standing
                                                         OVERALL             140.00    128.00   468.08    3.65
Spring 2017 - CLA/HOLT                                   ********************* END OF TRANSCRIPT ***********************
  College of Liberal Arts/A&S
  Business
BUS   320  R   Entrepreneurial & Corp Finance 4.00 B+   13.32
BUS   330  R   Entrepreneurial Marketing    4.00 A     16.00
IMW   302  R   Who Am I in This New Place?  4.00 A-    14.68
MGT   312  R   Responsible Bus Leadership   4.00 A     16.00
         Ehrs: 16.00 GPA-Hrs: 16.00  QPts:  60.00 GPA:   3.75
President's List
Good Standing

Summer 2017 - CLA/HOLT
  College of Liberal Arts/A&S
  Business
BUS   354F R   High Performance Organizations 4.00 A   16.00
BUS   390F R   Special Topic in Business    4.00 A     16.00
         Ehrs:  8.00 GPA-Hrs:  8.00  QPts:  32.00 GPA:   4.00
Good Standing

Fall 2017 - CLA/HOLT
  College of Liberal Arts/A&S
  Business
BUS   350  R   Supply Chain Management      4.00 A-    14.68
BUS   400  R   Strategic Management         4.00 A-    14.68
COM   312  R   Persuasion                   4.00 A-    14.68
INTN  397  R   Internship                   2.00 CR     0.00
******************** CONTINUED ON NEXT COLUMN ********************
```