# STEVEN D. SHEDLIN

**EDUCATION**  **Master of Education Degree in Rehabilitation Counseling**
*Kent State University*
1981; Kent, Ohio

**Bachelor of Arts Degree in Psychology**
**Bachelor of Arts Degree in Political Science**
*Kent State University*
1977; Kent, Ohio

**EMPLOYMENT**  *Rehabilitation Experts of Maryland, Inc.*
August 1989 - Present; Rockville, Maryland
**President**

*Resource Opportunities, Inc.*
January 1985 - July 1989; Glen Burnie, Maryland
**District Manager**

*Epilepsy Foundation of America*
November 1983 - December 1984; Landover, Maryland
**Assistant National Project Director of the Training and
Placement Service**

*NATLSCO Rehabilitation Management, Inc.*
May 1982 - November 1983; Falls Church, Virginia
**Rehabilitation Counselor**

*Joseph H. Rose and Associates*
August 1981 - April 1982; Washington, D.C.
**Rehabilitation Supervisor**

*Vocational Development Center*
November 1978 - July 1981; Akron, Ohio
**Job Seeking Skills Training and Job Placement Specialist**

*Planned Parenthood Association of Summit County*
November 1977 - November 1978; Akron, Ohio
**Coordinator of Men's Services**

**CERTIFICATIONS**   **Certified Rehabilitation Counselor (#00002420)**
1981 - Present

**ADDITIONAL**
**EDUCATION**   **Certificate in Life Care Planning for Advanced Catastrophic Case**
**Management**
University of Florida, Rehabilitation Training Institute; May 1995

**ORGANIZATIONS**   **International Association of Rehabilitation Professionals (IARP,**
**formerly National Association of Rehabilitation Professionals in**
**the Private Sector, NARPPS)**; 1986 - Present
**President** - 1999 - 2000, 2011 - 2013
**Executive Committee** - 1998 - 2001, 2010 - 2014
**Board of Directors** - 1996 - 2001, 2008 - 2014
**Legislative Committee Chair** - 1996 - 1999
**Government Affairs Section Chair** - 1997 - 2000
**Forensic Section Board Chair** - 2006 - 2007
**Forensic Section Board** - 2005 - 2008

**IARP - Chesapeake (formerly Chesapeake Association of**
**Rehabilitation Professionals in the Private Sector, CARPPS)**;
1982 - Present
**Executive Board** - 1986 - 1987, 1989, 1992 - 1995, 2000 - 2002
**President** - 1993
**Vice- President** - 1992
**Program Committee Chair** - 1987, 1992, 1994
**Legislative Committee Chair** - 1989

**National Association of Service Providers in Private Rehabilitation**
**(NASPPR)**; 2013 - 2015
**Board** - 2014

**AWARDS**   **Lifetime Achievement Award for Distinguished Service and**
**Commitment to the Rehabilitation Profession**
**IARP** - 2015

**PRESENTATIONS**   *Utilizing Vocational Experts;* O'Malley, Miles & Harrell
April 1990; Landover, Maryland

*Advanced Worker's Compensation*; MICPEL
October 1990; College Park, Maryland

**Page 2**

**PRESENTATIONS**   *Panel on Ethics*; Eighth Annual Injured Workers Conference
June 1992; Dundalk, Maryland

*Vocational Expert Testimony*; CARPPS Continuing Education Seminar
August 1992; Columbia, Maryland

*Employability and Earning Capacity in Support Cases*; Arlington
County Bar Association, Tenth Annual Family Law Seminar
January 1993; Arlington, Virginia

*Panel on Ethics*; Ninth Annual Injured Workers Conference
June 1993; Dundalk, Maryland

*Life Care Planning*; National Rehabilitation Hospital
November 1994; Washington, D.C.

*Utilizing Expert Witnesses*; Maryland Bar Association Annual
Conference
June 1995; Ocean City, Maryland

*Utilizing Vocational Experts*; Arlington County Bar Association
July 1995; Arlington, Virginia

*Surviving Cross Examination: Ethical Issues in Defending a Life
Care Plan*; NARPPS Annual Conference
April 1996; Bal Harbour, Florida

*Alimony*; MICPEL
December 1996; Baltimore, Maryland

*Life Care Planning*; Thirteenth Annual Injured Workers Conference
June 1997; Frederick, Maryland

*Testimony Regarding HR3433, The Ticket to Work and Self-
Sufficiency Act of 1998;* House Ways and Means Sub-committee
on Social Security
March 1998; Washington, D.C.

*Legislation and its Impact on Rehabilitation*; Pennsylvania NARPPS
Annual Conference
May 1998; Hershey, Pennsylvania

*Legislation and its Impact on Rehabilitation;* Virginia NARPPS
Annual Conference
May 1998; Williamsburg, Virginia

Page 3

**PRESENTATIONS** *National Update of Legislative Issues and Their Impact on Rehabilitation;* Ohio NARPPS Annual Conference
January 1999; Columbus, Ohio

*New Definitions of Return to Work: Needs and Opportunities in Legislation and Practice*; New Jersey NARPPS Seminar
February 1999; Kenilworth, New Jersey

*Rehabilitation Programs on the Cutting Edge of the New Millennium-Rehab Partners*; National Rehabilitation Association's 18th Annual Governmental Affairs Seminar
March 1999; Washington, D.C.

*The ABC's of Expert Testimony,* Virginia NARPPS Annual Conference
April 1999; Williamsburg, Virginia

*Ethics in Private Sector Rehabilitation Practice,* Carolina NARPPS Ethics in Rehabilitation and Case Management Conference
July 1999; Wrightsville Beach, North Carolina

*Ethics in Private Sector Rehabilitation Practice,* Minnesota Association of Rehabilitation Professionals Fall Conference
September 1999; Minneapolis, Minnesota

*Update on Legislation Impacting Social Security Disability and Long Term Disability Payments,* Quarterly Long Term Disability Roundtable
October 1999; Hartford, Connecticut

*Update on Legislation Impacting Social Security Disability and Long Term Disability Payments,* Occupational Injury Prevention and Rehabilitation Society Quarterly Meeting
November 1999; Bethesda, Maryland

*Putting Expert Strategies to Work in Your Practice: Increasing Your Odds for Success*, NARPPS Forensic Special Interest Section Conference
December 1999; Las Vegas, Nevada

*Ethics in Private Sector Rehabilitation Practice,* CARPPS Continuing Education Seminar
February 2000; Baltimore, Maryland

**Page 4**

**PRESENTATIONS**    ***Social Security Legislation and its Impact on Return to Work Efforts and  Strategy***, 2000 Fortis Benefits Clinical/Rehab Services Conference
May 2000; Kansas City, Missouri

***Ethics: Role and Relationship of the Rehabilitation Professional***, 2000 Fortis Benefits Clinical/Rehab Services Conference
May 2000; Kansas City, Missouri

***Social Security Legislation and its Impact on Return to Work Efforts and  Strategy***, NJ/PA IARP Annual Conference
May 2000; Atlantic City, New Jersey

***Opportunities for Medical Case Managers Under the Work Incentives Improvement Act of 1999***, Case Management Society of America 10th Annual Case Management Conference and Expo
June 2000; Tampa, Florida

***The ABC's of Vocational Assessment***, GEICO Staff Counsel Annual Meeting
June 2000; Chevy Chase, Maryland

***Ethics in Rehabilitation Counseling***; Seventeenth Annual Injured Workers Conference
June 2001; Baltimore, Maryland

***Developing Life Care Plans for Brain Damaged Babies***; MDEX Online
February 2002; Internet

***Introduction to Life Care Planning***, Respiratory Occupational Disease Seminar
March 2002; Catonsville, Maryland

***Trying Damages: Mold Taking Over Your Life?  Lifestyle Injury/Vocational Rehabilitation,*** Mealey's Mold Litigation Conference
May 2002; Philadelphia, Pennsylvania

***Trying Damages: Mold Taking Over Your Life?  Lifestyle Injury/Vocational Rehabilitation,*** Mealey's Mold Litigation Conference
October 2002; West Palm Beach, Florida

***The Vocational Perspective - A Panel Discussion with Vocational Experts,*** NOSSCR Social Security Disability Law Conference
April 2003; Washington, D.C.

**PRESENTATIONS**   ***Ethics Case Study***, CARPPS Fall Seminar
October 2004; Columbia, Maryland

***Strength Based Life Care Planning***, IARP Annual Forensic Conference
November 2004; San Antonio, Texas

***Evaluating Minors in Lead Paint Litigation***, IARP Annual Conference
April 2005; Orlando, Florida

***Vocational Expert Opinion in Employment Discrimination Cases,*** IARP
Annual Forensic Conference
November 2005; Nashville, Tennessee

***Pretrial and Mock Trial:  Loss of Earning Capacity***, IARP Annual
Conference
May 2006; Minneapolis, Minnesota

***Vocational Assessment and Life Care Planning***, Medical Liability &
Public Health class, American University, Washington School of Law
November 2006; Washington D.C.

***The Nuts and Bolts of Litigating Disability Discrimination Cases:
Plaintiff's and Defendant's Perspective***, The District of Columbia Bar
Continuing Legal Education Program
April 2007; Washington, D.C.

***Effective Cross Examination Testimony***, IARP Annual Conference
April 2007; Washington, D.C.

***Vocational Assessment and Life Care Planning***, Medical Liability &
Public Health class, American University, Washington School of Law
October 2007; Washington D.C.

***Where Vocational Experts Do It***, IARP Arizona Chapter Annual
Conference
June 2010; Scottsdale, Arizona

***Vocational Assessment and Life Care Planning***, Medical Liability &
Public Health class, American University, Washington School of Law
October 2010; Washington D.C.

***Vocational Assessment and Life Care Planning***, Medical Liability &
Public Health class, American University, Washington School of Law
October 2011; Washington D.C.

**Page 6**

**PRESENTATIONS**    *Where Vocational Experts Do It,* IARP Annual Forensic Conference
November 2011; Las Vegas, Nevada

*How to Use Experts in Your Family Law Practice - Vocational Experts*, Baltimore County Bar Association Family Law Committee
January 2012; Towson, Maryland

*Where Vocational Experts Do It,* IARP Louisiana Chapter Annual Conference
March 2012; Metairie, Louisiana

*Where Vocational Experts Do It,* IARP Nebraska Chapter Spring Conference
April 2012; Omaha, Nebraska

*Vocational Expert's Insight,* Brilliant Exits Second Saturday Program
May 2012; Alexandria, Virginia

*Collaborating with Other Counseling Associations for the Future of the Profession,* National Rehabilitation Association Annual Conference
August 2012; Chicago, Illinois

*Ethical Issues in Planning Services,* IARP Ohio Chapter Action Day for Professionals
September 2012; Columbus, Ohio

*Expanding Your Rehabilitation Opportunities with Business Diversity*, IARP Washington Chapter Fall Conference
September 2012; Tacoma, Washington

*Opportunities for Vocational Experts:  Tips and Techniques to Expand Your Practice*; IARP Webinar Series
September 2012; Internet

*Vocational Expert's Insight,* Brilliant Exits Second Saturday Program
December 2012; Alexandria, Virginia

*Utilizing Vocational Experts*, Berger & Associates
March 2013; Honolulu, Hawaii

*Wrongful Termination Cases*, IARP Virginia Chapter Annual Conference
April 2013; Richmond, Virginia

**PRESENTATIONS**
*Ethical Issues in Planning Services,* IARP New England Chapter Spring 2013 Conference
> April 2013; Worcester, Massachusetts

*Issues, Challenges and Threats Facing Rehabilitation Professionals*, IARP Illinois Chapter 2013 Annual Seminar
> September 2013; Naperville, Illinois

*Ethical Issues in Planning Services*; IARP - Chesapeake Webinar Series
> January 2014; Internet

*Ethical Issues in Planning Services*; IARP - Montana Educational Conference
> May 2014; Helena, Montana

*Life Care Planning*; IARP - Montana Educational Conference
> May 2014; Helena, Montana

*Ethical Issues in Planning Services*; Tek It Easy with NE IARP Conference
> February 2015; Runaway Bay Jamaica, West Indies

*Expanding Your Rehabilitation Opportunities with Business Diversity*; Tek It Easy with NE IARP Conference
> February 2015; Runaway Bay Jamaica, West Indies

*"The Family Law Trial" From Client Selection Through Closing Arguments;* Family Law Trial Evening Series
> May 2015; Baltimore, Maryland

*Current Tools and Success Stories in Vocational Rehabilitation;* IARP - Oregon Educational Conference
> June 2016; Portland, Oregon

*Ethical Issues in Planning Services*, 2016 IARP/ISLCP Annual Conference
> October 2016; Pittsburgh, Pennsylvania

*The Care, Feeding and Protection of Expert Witnesses*, Frederick Family Law Symposium
> January 2018; Frederick, Maryland