# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Elizabeth M. Warren                                          Benjamin C. Wynn
Clerk of Court                                             Orlando Division Manager

**DATE:**      April 3, 2021

**TO:**        Clerk, U.S. Court of Appeals for the Eleventh Circuit

**JOHN DOE,**

       **Plaintiff,**

**v.**                                          **Case No: 6:18-cv-1069-RBD-LRH**

**ROLLINS COLLEGE,**

       **Defendant.**

_____

**U.S.C.A. Case No.:**        **TBD**

- Honorable Roy B. Dalton, Jr., United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

ELIZABETH M. WARREN, CLERK

By:      s/LJ, Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

JOHN DOE,

Plaintiff,

v.

ROLLINS COLLEGE

Defendants

Case No. 6:18-cv-01069-RBD-KRS

Judge: Dalton, Jr.

NOTICE OF APPEAL

Plaintiff John Doe respectfully submits this notice of appeal to the Eleventh Circuit Court of Appeals from the Judgment of the District Court entered March 23, 2021.  (DOC#205.)

Respectfully submitted,

/s/ Joshua A. Engel
JOSHUA ADAM ENGEL (Ohio 0075769)
ANNE TAMASHASKY (Ohio 0064393)
  *Special Admission*
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com
tamashasky@engelandmartin.com

1

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on April 2, 2021.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

`

           /s/ Joshua Engel _____
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)

APPEAL, MEDIATION, TRLSET

## U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:18-cv-01069-RBD-LRH

Doe v. Rollins College                          Date Filed: 07/05/2018
Assigned to: Judge Roy B. Dalton, Jr.           Jury Demand: Plaintiff
Referred to: Magistrate Judge Leslie R. Hoffman  Nature of Suit: 448 Civil Rights:
Cause: 42:1983 Civil Rights Act                  Education
                                                 Jurisdiction: Federal Question

**Plaintiff**

**John Doe**                      represented by   **Anne Tamashasky**
                                                   Engel & Martin LLC
                                                   Suite 101
                                                   4660 Duke Dr
                                                   Mason, OH 45040
                                                   513/445-9600
                                                   Fax: 513/492-8989
                                                   Email:
                                                   tamashasky@engelandmartin.com
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Bertha L. Burruezo**
                                                   Burruezo & Burruezo, PLLC
                                                   911 Outer Rd.
                                                   Orlando, FL 32814
                                                   407/754-2904
                                                   Fax: 407/754-2905
                                                   Email: bertha@burruezolaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Carlos J. Burruezo**
                                                   Burruezo & Burruezo, PLLC
                                                   911 Outer Rd.
                                                   Orlando, FL 32814
                                                   407/754-2904
                                                   Fax: 407/754-2905
                                                   Email: carlos@burruezolaw.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Joshua Engel**
                                                   Engel & Martin LLC
                                                   Suite 101

4660 Duke Dr
Mason, OH 45040
513/445-9600
Fax: 513/492-8989
Email: engel@engelandmartin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rollins College**                    represented by **Kelly DeGance**
Alexander DeGance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
904/345-3277
Fax: 904/345-3294
Email: kelly.degance@adblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Gorman Alexander**
Alexander DeGance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
904/345-3277
Fax: 904/345-3294
Email: mark.alexander@adblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Giudici Berdecia**
Alexander DeGance Barnett, P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
904-345-3277
Fax: 904-345-3294
Email: samantha.giudici@adblegal.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2018 | 1 | COMPLAINT against Rollins College with Jury Demand (Filing fee $ 400 receipt number ORL-74965) filed by John Doe. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B)(LMM) (Additional attachment(s) added on 7/6/2018: # 3 Exhibit B, # 4 Exhibit C) (LMM). |

| | | (Entered: 07/06/2018) |
|---|---|---|
| 07/05/2018 | 2 | MOTION for miscellaneous relief, specifically for leave to proceed anonymously as John Doe by John Doe. (LMM) (Entered: 07/06/2018) |
| 07/05/2018 | 3 | SUMMONS issued as to Rollins College. (LMM) (Entered: 07/06/2018) |
| 07/06/2018 | 4 | MOTION for Joshua A. Engel and Anne Tamashasky to appear pro hac vice by John Doe. (Burruezo, Carlos) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/06/2018) |
| 07/09/2018 | 5 | **ORDER: The Complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE. On or before Monday, July 16, 2018, Plaintiff may re-file an amended complaint correcting the deficiencies identified in this Order. Failure to re-file may result in this action being closed without further notice. Signed by Judge Roy B. Dalton, Jr. on 7/9/2018. (ctp)(JLC) (Entered: 07/09/2018)** |
| 07/10/2018 | | Set/reset deadlines/hearings: Amended complaint due by 7/16/2018 (LMM) (Entered: 07/10/2018) |
| 07/10/2018 | 6 | **ORDER denying without prejudice 4 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Karla R. Spaulding on 7/10/2018. (ECJ) (Entered: 07/10/2018)** |
| 07/10/2018 | 7 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 7/24/2018. Signed by Deputy Clerk on 7/10/2018. (Attachments: # 1 Supplement, # 2 Supplement, # 3 Supplement)(ctp)(JLC) (Entered: 07/10/2018)** |
| 07/10/2018 | 8 | **INTERESTED PERSONS ORDER: Certificate of interested persons and corporate disclosure statement due by 7/24/2018. Signed by Deputy Clerk on 7/10/2018. (ctp)(JLC) (Entered: 07/10/2018)** |
| 07/11/2018 | 9 | Second MOTION for Joshua Engel and AnneTamashasky to appear pro hac vice by John Doe. (Burruezo, Carlos) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/11/2018) |
| 07/12/2018 | 10 | CERTIFICATE of interested persons and corporate disclosure statement re 8 Interested persons order by John Doe. (Burruezo, Carlos) (Entered: 07/12/2018) |
| 07/12/2018 | 11 | NOTICE of pendency of related cases re 7 Related Case Order per Local Rule 1.04(d) by John Doe. Related case(s): No (Burruezo, Carlos) Modified on 7/13/2018 (LMM). (Entered: 07/12/2018) |
| 07/12/2018 | 12 | **ORDER AND DIRECTION TO THE CLERK OF COURT granting 9 Renewed Motion to Appear Pro Hac Vice. Joshua Engel, Esq., and Anne Tamashasky, Esq., may specially appear in this case as counsel for Plaintiff with Carlos J. Burruezo, Esq., serving as local counsel. Signed by Magistrate Judge Karla R. Spaulding on 7/12/2018. (ECJ) (Entered: 07/12/2018)** |
| | | |

| 07/13/2018 | 13 | Remark: Doc. 10 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on [7/13/18]. (ESG) (Entered: 07/13/2018) |
| 07/16/2018 | 14 | AMENDED COMPLAINT against Rollins College with Jury Demand. filed by John Doe.(Engel, Joshua) Modified on 7/17/2018 (LMM). (Entered: 07/16/2018) |
| 07/16/2018 | 15 | **ORDER granting 2 Motion to proceed anonymously. Signed by Judge Roy B. Dalton, Jr. on 7/16/2018. (ctp) (JLC)** (Entered: 07/16/2018) |
| 07/19/2018 | 16 | WAIVER of service returned executed on 7/19/2018 by John Doe as to Rollins College. (Engel, Joshua) (Entered: 07/19/2018) |
| 08/03/2018 | | ***PRO HAC VICE FEES paid by attorney Joshua Adam Engel, appearing on behalf of John Doe (Filing fee $150 receipt number ORL075742.) Related document: 9 Second MOTION for Joshua A. Engel and Anne Tamashasky to appear pro hac vice. (JP) (Entered: 08/03/2018) |
| 08/03/2018 | | ***PRO HAC VICE FEES paid by attorney Anne Tamashasky, appearing on behalf of John Doe (Filing fee $150 receipt number ORL075743.) Related document: 9 Second MOTION for Joshua Engel and AnneTamashasky to appear pro hac vice. (JP) (Entered: 08/03/2018) |
| 08/30/2018 | 17 | MOTION to Dismiss Plaintiff's Amended Complaint by Rollins College. (Alexander, Mark) Modified on 8/30/2018 (LMM). (Entered: 08/30/2018) |
| 08/30/2018 | 18 | MOTION for miscellaneous relief, specifically Require Plaintiff to Proceed Under His Legal Name by Rollins College. (Alexander, Mark) (Entered: 08/30/2018) |
| 08/30/2018 | 19 | REQUEST for oral argument re 17 MOTION to Dismiss by Rollins College. (Alexander, Mark) (Entered: 08/30/2018) |
| 09/04/2018 | 20 | CERTIFICATE of interested persons and corporate disclosure statement re 8 Interested persons order by Rollins College. (Alexander, Mark) (Entered: 09/04/2018) |
| 09/05/2018 | 21 | Remark: Doc. 20 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 9/5/18. (PKK) (Entered: 09/05/2018) |
| 09/06/2018 | 22 | Unopposed MOTION to Appear Telephonically *at Case Management Conference* by Rollins College. (Alexander, Mark) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/06/2018) |
| 09/07/2018 | 23 | **ORDER granting 22 Unopposed Motion for Leave to Appear at Case Management Conference by Telephone. Signed by Magistrate Judge Karla R. Spaulding on 9/7/2018. (ECJ)** (Entered: 09/07/2018) |
| 09/11/2018 | 24 | CASE MANAGEMENT REPORT. (Engel, Joshua) (Entered: 09/11/2018) |
| 09/11/2018 | 25 | RESPONSE in Opposition re 17 MOTION to Dismiss filed by John Doe. |

|  |  | (Engel, Joshua) (Entered: 09/11/2018) |
|---|---|---|
| 09/11/2018 | 26 | RESPONSE in Opposition re 18 MOTION for miscellaneous relief, specifically Require Plaintiff to Proceed Under His Legal Name filed by John Doe. (Engel, Joshua) (Entered: 09/11/2018) |
| 09/18/2018 | 27 | NOTICE of supplemental authority re 17 MOTION to Dismiss by John Doe. (Engel, Joshua) (Entered: 09/18/2018) |
| 10/02/2018 | 28 | **ORDER denying without prejudice 18 Motion to Require Plaintiff to Proceed Under His Legal Name. Signed by Magistrate Judge Karla R. Spaulding on 10/2/2018. (ECJ)** (Entered: 10/02/2018) |
| 10/24/2018 | 29 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 12/18/2018, Joinder of Parties due by 12/18/2018, Discovery due by 7/5/2019, Dispositive motions due by 8/2/2019, Pretrial statement due by 1/9/2020, All other motions due by 12/26/2019, Plaintiff disclosure of expert report due by 1/2/2019, Defendant disclosure of expert report due by 2/4/2019, Final Pretrial Conference set for 1/16/2020 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr., Jury Trial set for 2/3/2020 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr., Conduct mediation hearing by 7/19/2019. Lead counsel to coordinate dates. Signed by Judge Roy B. Dalton, Jr. on 10/23/2018. (ctp)(JLC)** (Entered: 10/24/2018) |
| 10/25/2018 | 30 | CASE REFERRED to Mediation. (LMM) (Entered: 10/25/2018) |
| 10/31/2018 | 31 | Joint MOTION to extend time to *disclose experts* by John Doe. (Engel, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 10/31/2018) |
| 11/01/2018 | 32 | **ORDER granting 31 Joint Motion to Extend Time for Disclosure of Expert Reports. Signed by Magistrate Judge Karla R. Spaulding on 11/1/2018. (ECJ)** (Entered: 11/01/2018) |
| 11/01/2018 |  | Reset scheduling order deadlines: Plaintiff disclosure of expert report due by 3/2/2019 and Defendant disclosure of expert report due by 3/30/2019.(MAA) (Entered: 11/02/2018) |
| 11/07/2018 | 33 | NOTICE of mediation conference/hearing to be held on March 11, 2019 before Kay Wolf, Esq.. (Engel, Joshua) (Entered: 11/07/2018) |
| 12/21/2018 | 34 | Joint MOTION for stipulated protective order by John Doe. (Attachments: # 1 Text of Proposed Order)(Engel, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 12/21/2018 (LMM). (Entered: 12/21/2018) |
| 12/21/2018 | 35 | **ENDORSED ORDER denying 34 Motion for Protective Order. The proposed protective order is overbroad because it does not limit the designation of confidential information to that protected under FERPA. It also improperly provides that some documents must be filed under seal, which the Court may not permit. Signed by Magistrate Judge Karla R. Spaulding on 12/21/2018. (Spaulding,** |

| | | **Karla)** (Entered: 12/21/2018) |
|---|---|---|
| 01/04/2019 | 36 | Joint MOTION for protective order *Requiring Confidentiality of Records* by Rollins College. (Attachments: # 1 Exhibit Proposed Protective Order)(Alexander, Mark) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 1/7/2019 (LMM). (Entered: 01/04/2019) |
| 01/07/2019 | 37 | **ENDORSED ORDER denying without prejudice 36 Motion for Protective Order. The supporting memorandum of law is insufficient to establish that a protective order issued by the Court, rather than a confidentiality agreement entered into by counsel for the parties, is legally required. Signed by Magistrate Judge Karla R. Spaulding on 1/7/2019. (Spaulding, Karla)** (Entered: 01/07/2019) |
| 01/16/2019 | 38 | **ORDER denying 17 motion to dismiss. Signed by Judge Roy B. Dalton, Jr. on 1/16/2019. (PKK)** (Entered: 01/16/2019) |
| 01/30/2019 | 39 | ANSWER and affirmative defenses to 1 Complaint by Rollins College. (Alexander, Mark) Text modified on 1/31/2019 (RDO). (Entered: 01/30/2019) |
| 02/07/2019 | 40 | MOTION to Compel Responses to Defendant's First Set of Interrogatories and First Request for Production by Rollins College. (Alexander, Mark) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 02/07/2019) |
| 02/14/2019 | 41 | RESPONSE in Opposition re 40 MOTION to Compel Responses to Defendant's First Set of Interrogatories and First Request for Production filed by John Doe. (Engel, Joshua) (Entered: 02/14/2019) |
| 02/22/2019 | 42 | MOTION to Compel Production of Documents and Responses to Interrogatory by John Doe. (Attachments: # 1 Exhibit)(Engel, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 02/22/2019) |
| 02/27/2019 | 43 | **ORDER granting in part and denying in part 40 Motion to Compel Responses to Defendant's First Set of Interrogatories and First Request for Production. Signed by Magistrate Judge Karla R. Spaulding on 2/27/2019. (ECJ)** (Entered: 02/27/2019) |
| 03/01/2019 | 44 | Case Reassigned to Magistrate Judge Leslie R. Hoffman. New case number: 6:18-cv-1069-Orl-37LRH. Magistrate Judge Karla R. Spaulding no longer assigned to the case. Motion(s) REFERRED: 42 MOTION to Compel Production of Documents and Responses to Interrogatory referred to Magistrate Judge Leslie R. Hoffman. (MAA) (Entered: 03/01/2019) |
| 03/08/2019 | 45 | RESPONSE in Opposition re 42 MOTION to Compel Production of Documents and Responses to Interrogatory filed by Rollins College. (Alexander, Mark) (Entered: 03/08/2019) |
| 03/11/2019 | 46 | MEDIATION report Hearing held on March 11, 2019. Hearing outcome: Impasse.. (Wolf, Kay) (Entered: 03/11/2019) |
| | | |

| 04/10/2019 | 47 | **ORDER granting in part and denying in part 42 Motion to Compel. Signed by Magistrate Judge Leslie R. Hoffman on 4/10/2019. (MKH)** (Entered: 04/10/2019) |
|---|---|---|
| 07/07/2019 | 48 | MOTION to Compel MATERIALS WITHHELD ON THE BASIS OF ATTORNEY-CLEINT COMMUNICATION by John Doe. (Attachments: # 1 Exhibit A - Privilege Log, # 2 Exhibit B - Documents, # 3 Exhibit C - Transcript, # 4 Exhibit D - Transcript, # 5 Exhibit E - Letter, # 6 Exhibit F - Email)(Engel, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/07/2019) |
| 07/08/2019 | 49 | **ORDER denying 48 Motion to Compel. Signed by Magistrate Judge Leslie R. Hoffman on 7/8/2019. (MKH)** (Entered: 07/08/2019) |
| 07/08/2019 | 50 | MOTION for Reconsideration re 49 Order on motion to compel by All Plaintiffs. (Engel, Joshua) (Entered: 07/08/2019) |
| 07/09/2019 | 51 | **ORDER denying 50 Motion for Reconsideration. Signed by Magistrate Judge Leslie R. Hoffman on 7/9/2019. (MKH)** (Entered: 07/09/2019) |
| 07/18/2019 | 52 | OBJECTION re 49 Order on motion to compel filed by John Doe. . (Engel, Joshua) Modified on 7/19/2019 (LMM). (Entered: 07/18/2019) |
| 07/18/2019 | 53 | APPEAL of Magistrate Judge ruling to District Court by John Doe re 49 Order on motion to compel. **Filed as Objection at doc. 52** (LMM) (Entered: 07/19/2019) |
| 07/26/2019 | 54 | Unopposed MOTION for leave to file Motion for Summary Judgment *on August 2 in Excess of 25 Pages* by Rollins College. (Alexander, Mark) (Entered: 07/26/2019) |
| 07/26/2019 | 55 | **ENDORSED ORDER denying 54 Motion for Leave to File Motion for Summary Judgment on August 2 in Excess of 25 Pages. Signed by Judge Roy B. Dalton, Jr. on 7/26/2019. (PKK)** (Entered: 07/26/2019) |
| 07/26/2019 | 56 | MOTION for partial summary judgment by John Doe. (Attachments: # 1 Exhibit A - Policy, # 2 Exhibit B - Deposition of Guevara, # 3 Exhibit C - Article, # 4 Exhibit D - 30(b)(6) Deposition, # 5 Exhibit E - Report Part 1, # 6 Exhibit E - Report Part 2, # 7 Exhibit F - November 17, 2017 Emails, # 8 Exhibit G - November 20, 2017 Letter, # 9 Exhibit H - Deposition of Wallace, # 10 Exhibit I - March 2018 Letter, # 11 Exhibit J - deposition of Accapadi, # 12 Exhibit K - January 2018 Emails, # 13 Exhibit L - Bill of Rights, # 14 Exhibit M - deposition of Weyant)(Engel, Joshua) (Entered: 07/26/2019) |
| 07/26/2019 | 57 | NOTICE by John Doe re 56 MOTION for partial summary judgment *of Additional Exhibit* (Attachments: # 1 Exhibit N - Investigation)(Engel, Joshua) (Entered: 07/26/2019) |
| 07/26/2019 | 58 | MOTION for miscellaneous relief, specifically Exclusion of Defendant's Expert Under Daubert by John Doe. (Attachments: # 1 Exhibit A - Lake Report, # 2 Exhibit B - Deposition of Lake Part 1, # 3 Exhibit B - |

| | | |
|---|---|---|
| | | Deposition of Lake Part 2, # 4 Exhibit B - Deposition of Lake Part 3, # 5 Exhibit B - Deposition of Lake Part 4, # 6 Exhibit C - Johnson Report, # 7 Exhibit D - Johnson Supplemental Report, # 8 Exhibit E - Presentation, # 9 Exhibit F - Lake Obersvations 2014, # 10 Exhibit G - Lake Observations Part 2017)(Engel, Joshua) (Entered: 07/26/2019) |
| 08/01/2019 | 59 | RESPONSE in opposition re 52 OBJECTION re 49 Order on motion to compel, 53 Appeal of magistrate judge ruling to district court filed by Rollins College. (Alexander, Mark) Modified on 8/2/2019 (SPM). (Entered: 08/01/2019) |
| 08/02/2019 | 60 | MOTION for summary judgment by Rollins College. (Alexander, Mark) (Entered: 08/02/2019) |
| 08/02/2019 | 61 | NOTICE of Filing Documents in Support by Rollins College re 60 MOTION for summary judgment by Rollins College (Attachments: # 1 Exhibit August 1, 2018 Declaration of Deena Wallace (report), # 2 Exhibit August 1, 2018 Declaration of Deena Wallace (Exhibits A)), # 3 Exhibit August 1, 2018 Declaration of Deena Wallace (Exhibits B), # 4 Exhibit February 19, 2019 Deposition of John Doe (Part 1 - transcript), # 5 Exhibit February 19, 2019 Deposition of John Doe (Part 2 - Exhibits 1, 11, 14, 15, and 16), # 6 Exhibit April 15, 2019 Deposition of Oriana (Jimenez) Guevara and Exhibits 29 and 44, # 7 Exhibit June 19, 2019 Deposition of Deena Wallace and Exhibit 53, # 8 Exhibit April 15, 2019 Deposition of Maeghan Rempala, # 9 Exhibit April 16, 2019 Deposition of Mamta Accapadi and Exhibit 52, # 10 Exhibit June 20, 2019 Deposition of Rollins' Corporate Representative, Meghan Harte Weyant, # 11 Exhibit February 20, 2019 Deposition of Eric Barker, Esq, # 12 Exhibit April 4, 2011 United States Department of Education, Office for Civil Rights Dear Colleague Letter)(Alexander, Mark) Modified on 8/2/2019 (BIA). (Entered: 08/02/2019) |
| 08/02/2019 | 62 | MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness by Rollins College. (Alexander, Mark) (Entered: 08/02/2019) |
| 08/02/2019 | 63 | NOTICE of Filing in Support re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness by Rollins College (Attachments: # 1 Exhibit February 28, 2019 Expert Report of KC Johnson, # 2 Exhibit July 5, 2019 Supplemental Expert Report of KC Johnson, # 3 Exhibit KC Johnson's curriculum vitae)(Alexander, Mark) Modified on 8/2/2019 (BIA). (Entered: 08/02/2019) |
| 08/02/2019 | 64 | MOTION for Evidentiary Hearing re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness by Rollins College. (Alexander, Mark) Modified on 8/2/2019 (BIA). (Entered: 08/02/2019) |
| 08/05/2019 | 65 | **ORDER: Plaintiff's Objection to Denial of Motion to Compel Materials Withheld on the Basis of Attorney-Client Privilege (Doc. 52) is OVERRULED. Signed by Judge Roy B. Dalton, Jr. on 8/5/2019. (ctp) (JLC) (Entered: 08/05/2019)** |
| | | |

| 08/07/2019 | 66 | NOTICE of supplemental authority by Rollins College. (Alexander, Mark) (Entered: 08/07/2019) |
|---|---|---|
| 08/09/2019 | 67 | RESPONSE in Opposition re 58 MOTION for miscellaneous relief, specifically Exclusion of Defendant's Expert Under Daubert filed by Rollins College. (Alexander, Mark) (Entered: 08/09/2019) |
| 08/09/2019 | 68 | MOTION for Hearing re 67 Response in Opposition to Motion *to Exclude Testimony of Professor Peter Lake* by Rollins College. (Alexander, Mark) (Entered: 08/09/2019) |
| 08/11/2019 | 69 | RESPONSE in Opposition re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness filed by John Doe. (Engel, Joshua) (Entered: 08/11/2019) |
| 08/11/2019 | 70 | RESPONSE to Motion re 64 MOTION for Evidentiary Hearing re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness filed by John Doe. (Engel, Joshua) (Entered: 08/11/2019) |
| 08/11/2019 | 71 | RESPONSE to Motion re 68 MOTION for Hearing re 67 Response in Opposition to Motion *to Exclude Testimony of Professor Peter Lake* filed by John Doe. (Engel, Joshua) (Entered: 08/11/2019) |
| 08/21/2019 | 72 | RESPONSE in Opposition re 56 MOTION for partial summary judgment filed by Rollins College. (Alexander, Mark) (Entered: 08/21/2019) |
| 08/21/2019 | 73 | NOTICE of Filing Documents in Support re 72 Response in Opposition to Motion by Rollins College (Attachments: # 1 Exhibit 4.16.19 Deposition of Meghan Harte Weyant)(Alexander, Mark) Modified on 8/22/2019 (SPM). (Entered: 08/21/2019) |
| 08/22/2019 | 74 | RESPONSE in Opposition re 60 MOTION for summary judgment filed by John Doe. (Attachments: # 1 Exhibit O - Interrogatory Answers, # 2 Exhibit P - May 2017 Investigation, # 3 Exhibit Q - Investigatrion No. 8, # 4 Exhibit R - Investigation No. 8 Edits, # 5 Exhibit S - Investigation No. 2, # 6 Exhibit T - Investigation No. 12, # 7 Exhibit U - November 2015 Email, # 8 Exhibit V - October 2015 Email, # 9 Exhibit W - Peer Education Training, # 10 Exhibit X - Sexual Misconduct Fall Orientation, # 11 Exhibit Y - Title IX and Sexual Misconduct Orientation, # 12 Exhibit Z - Title IX and Sexual Misconduct Orientation II, # 13 Exhibit AA - Chrysalis Network Training, # 14 Exhibit BB - February 2018 Email String, # 15 Exhibit CC - Doe v. Grinnell Order) (Engel, Joshua) (Entered: 08/22/2019) |
| 08/27/2019 | 75 | REPLY to Response to Motion re 56 MOTION for partial summary judgment filed by John Doe. (Attachments: # 1 Exhibit DD - Gischel v. Univ. of Cincinnati)(Engel, Joshua) (Entered: 08/27/2019) |
| 08/30/2019 | 76 | REPLY to Response to 60 MOTION for summary judgment filed by Rollins College. (Alexander, Mark) Modified on 9/4/2019 (JP). (Entered: 08/30/2019) |

| 08/30/2019 | 77 | NOTICE by Rollins College *of Filing in Support of Defendant's Reply to Plaintiff's Response (Doc. 74)* (Attachments: # 1 Exhibit Defendant's Supplemental Response to Plaintiff's First Set of Interrogatories) (Alexander, Mark) (Entered: 08/30/2019) |
|---|---|---|
| 09/10/2019 | 78 | **ENDORSED ORDER granting 64 MOTION for Evidentiary Hearing re 62 MOTION to Exclude Testimony of Plaintiff's Expert Witness; granting 68 MOTION for Hearing re 67 Response in Opposition to Motion to Exclude Testimony of Professor Peter Lake. Hearing to be set by separate notice. Signed by Judge Roy B. Dalton, Jr. on 9/10/2019. (ctp) (JLC) (Entered: 09/10/2019)** |
| 09/10/2019 | 79 | NOTICE of hearing on motion re 58 MOTION for exclusion of Defendant's Expert Under Daubert , 62 MOTION to Exclude Testimony of Plaintiff's Expert Witness . Motion Hearing set for 10/9/2019 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp) (JLC) (Entered: 09/10/2019) |
| 09/10/2019 | 80 | Unopposed MOTION to Continue October 9, 2019 Hearing by John Doe. (Engel, Joshua) Modified on 9/11/2019 (SPM). (Entered: 09/10/2019) |
| 09/12/2019 | 81 | **ENDORSED ORDER granting 80 Motion to Continue Hearing. Signed by Judge Roy B. Dalton, Jr. on 9/12/2019. (ctp) (JLC) (Entered: 09/12/2019)** |
| 09/12/2019 | 82 | NOTICE OF RESCHEDULING HEARING: The Motion Hearing hearing previously scheduled for 10/9/2019 is rescheduled. New scheduling date and time: Motion Hearing set for 10/16/2019 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (JLC) (Entered: 09/12/2019) |
| 09/16/2019 | 83 | MOTION to Continue *October 16, 2019 Hearing and Request for Telephone Scheduling Conference* by John Doe. (Engel, Joshua) (Entered: 09/16/2019) |
| 09/19/2019 | 84 | **ENDORSED ORDER granting in part and denying in part 83 Motion to Continue Hearing. The Court will reset the hearing by separate notice, however deems a telephonic scheduling conference unnecessary at this juncture. Signed by Judge Roy B. Dalton, Jr. on 9/19/2019. (ctp)(JLC) (Entered: 09/19/2019)** |
| 09/19/2019 | 85 | NOTICE canceling Motion Hearing scheduled for 10/16/2019 (JLC) (Entered: 09/19/2019) |
| 09/19/2019 | 86 | NOTICE of hearing on motion re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness . Motion Hearing set for 11/5/2019 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp) (JLC) (Entered: 09/19/2019) |
| 09/19/2019 | 87 | NOTICE of hearing on motion re 58 MOTION for miscellaneous relief, specifically Exclusion of Defendant's Expert Under Daubert . Motion Hearing set for 11/6/2019 at 10:00 AM in Orlando Courtroom 4 A before |

| | | Judge Roy B. Dalton, Jr. (ctp)(JLC) (Entered: 09/19/2019) |
|---|---|---|
| 09/25/2019 | 88 | **ENDORSED ORDER: On or before Wednesday, October 2, 2019, Defendant is DIRECTED to file the supplemental report of Defendant's expert referenced in Doc. 69, p. 18. Signed by Judge Roy B. Dalton, Jr. on 9/25/2019. (EBU)** (Entered: 09/25/2019) |
| 09/25/2019 | 89 | NOTICE of Filing Supplemental Report of Expert Witness by Rollins College (Attachments: # 1 Exhibit Defendant's Supplemental Report of Expert Witness)(Berdecia, Samantha) Modified on 9/26/2019 (SPM). (Entered: 09/25/2019) |
| 10/31/2019 | 90 | Unopposed MOTION for miscellaneous relief, specifically leave to conduct pre-trial meeting by Video Conference or Teleconference by John Doe. (Engel, Joshua) Modified on 10/31/2019 (DMA). (Entered: 10/31/2019) |
| 11/01/2019 | 91 | **ORDER denying 90 Unopposed Motion for Leave to Conduct Pre-Trial Meeting By Videoconference or Teleconference. Signed by Magistrate Judge Leslie R. Hoffman on 11/1/2019. (MKH)** (Entered: 11/01/2019) |
| 11/05/2019 | 92 | NOTICE of supplemental authority re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness , 58 MOTION for miscellaneous relief, specifically Exclusion of Defendant's Expert Under Daubert by John Doe. (Engel, Joshua) (Entered: 11/05/2019) |
| 11/05/2019 | 93 | Minute Entry. Proceedings held before Judge Roy B. Dalton, Jr.: MOTION HEARING held on 11/5/2019 re 62 MOTION for miscellaneous relief, specifically Exclude Testimony of Plaintiff's Expert Witness filed by Rollins College. Court Reporter: Amie First (ctp) (JLC) (Entered: 11/07/2019) |
| 11/05/2019 | 110 | Defendant's Exhibit List (Motion Hearing held 11/5/2019)(JLC) (Entered: 02/07/2020) |
| 11/06/2019 | 95 | Minute Entry. Proceedings held before Judge Roy B. Dalton, Jr.: MOTION HEARING held on 11/6/2019 re 58 MOTION for miscellaneous relief, specifically Exclusion of Defendant's Expert Under Daubert filed by John Doe. Court Reporter: Amie First (ctp) (JLC) (Entered: 11/12/2019) |
| 11/06/2019 | 111 | Defendant's Exhibit List (Motion hearing held 11/6/2019) (JLC) (Entered: 02/07/2020) |
| 11/06/2019 | 112 | Plaintiff's Exhibit List (Motion hearing held 11/6/2019) (JLC) (Entered: 02/07/2020) |
| 11/11/2019 | 94 | MEMORANDUM in support re 58 Motion for Miscellaneous Relief *(Supplemental Per 11/6/2019 Order of Court)* filed by John Doe. (Engel, Joshua) (Entered: 11/11/2019) |
| 11/18/2019 | 96 | RESPONSE re 94 Memorandum in support filed by Rollins College. |

| | | |
|---|---|---|
| | | (Alexander, Mark) (Entered: 11/18/2019) |
| 12/05/2019 | 97 | NOTICE OF RESCHEDULING HEARING: The Jury Trial hearing previously scheduled for 2/3/2020 is rescheduled. New scheduling date and time: Jury Trial set for 3/2/2020 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp) (JLC) (Entered: 12/05/2019) |
| 12/05/2019 | 98 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 1/16/2020 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 2/20/2020 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp)(JLC) (Entered: 12/05/2019) |
| 12/06/2019 | 99 | Joint MOTION to modify Case Management and Scheduling Order by Rollins College. (Alexander, Mark) (Entered: 12/06/2019) |
| 12/10/2019 | 100 | **ENDORSED ORDER granting 99 Motion to modify Case Management and Scheduling Order. An amended scheduling order will be entered. Signed by Judge Roy B. Dalton, Jr. on 12/10/2019. (ctp) (JLC)** (Entered: 12/10/2019) |
| 12/11/2019 | 101 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Roy B. Dalton, Jr. on 12/10/2019. (ctp)(JLC)** (Entered: 12/11/2019) |
| 12/11/2019 | | Reset scheduling order deadlines: Joint Final Pretrial statement due by 2/10/2020, All other motions due by 1/20/2020 (LDJ) (Entered: 12/11/2019) |
| 12/12/2019 | 102 | MOTION to Continue *Trial Date Due To Scheduled Surgery* by John Doe. (Attachments: # 1 Exhibit Scheduling Document)(Engel, Joshua) (Entered: 12/12/2019) |
| 12/13/2019 | 103 | **ENDORSED ORDER granting 102 Motion to Continue Trial Date. Signed by Judge Roy B. Dalton, Jr. on 12/13/2019. (ctp) (JLC)** (Entered: 12/13/2019) |
| 12/13/2019 | 104 | NOTICE OF RESCHEDULING HEARING: The Jury Trial hearing previously scheduled for 3/2/2020 is rescheduled. New scheduling date and time: Jury Trial set for 4/6/2020 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp) (JLC) (Entered: 12/13/2019) |
| 12/13/2019 | 105 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 2/20/2020 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 3/19/2020 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (ctp)(JLC) (Entered: 12/13/2019) |
| 12/17/2019 | 106 | MOTION to modify Case Management and Scheduling Order by Rollins College. (Alexander, Mark) (Entered: 12/17/2019) |
| 12/30/2019 | 107 | **ENDORSED ORDER granting 106 Motion to modify case management and scheduling order. An amended scheduling order will be entered. Signed by Judge Roy B. Dalton, Jr. on 12/30/2019.** |

|  |  | (ctp) (JLC) (Entered: 12/30/2019) |
|---|---|---|
| 12/31/2019 | 108 | **2nd AMENDED CASE MANAGEMENT AND SCHEDULING ORDER** Signed by Judge Roy B. Dalton, Jr. on 12/30/2019. (ctp) (JLC) (Entered: 12/31/2019) |
| 12/31/2019 |  | Reset scheduling order deadlines: Pretrial statement due by 3/9/2020, All other motions due by 2/27/2020 (LDJ) (Entered: 01/02/2020) |
| 01/07/2020 | 109 | **ORDER granting in part and denying in part 58Daubert Motion to Exclude Testimony of Professor Peter Lake; granting in part and denying in part 62 Motion to Exclude Testimony of Plaintiff's Expert Witness. Signed by Judge Roy B. Dalton, Jr. on 1/7/2020. (ctp) (JLC)** (Entered: 01/07/2020) |
| 02/20/2020 | 113 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 03/19/2020 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 3/26/2020 at 01:30 PM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (BIA) (Entered: 02/20/2020) |
| 02/26/2020 | 114 | MOTION In Limine regarding Leading Question for Adverse Witnesses, Appearance of Expert by Video Conference, Assertion of Attorney-Client Privilege, and Relevance of Underlying Conduct of Plaintiff by John Doe. (Engel, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/26/2020) |
| 02/27/2020 | 115 | MOTION In Limine regarding Evidence and Testimony of Other Title IX Investigations by Rollins College. (DeGance, Kelly) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/27/2020) |
| 03/02/2020 | 116 | RESPONSE in Opposition re 115 MOTION In Limine regarding Evidence and Testimony of Other Title IX Investigations filed by John Doe. (Engel, Joshua) (Entered: 03/02/2020) |
| 03/09/2020 | 117 | **(VACATED per Order 155) ORDER granting in part and denying in part 56 Motion for Partial Summary Judgment; granting in part and denying in part 60 Motion for summary judgment. Signed by Judge Roy B. Dalton, Jr. on 3/9/2020. (BIA) (ctp)** Modified on 3/9/2020 (BIA). Modified text on 7/14/2020 (LDJ). (Entered: 03/09/2020) |
| 03/09/2020 | 118 | Joint MOTION for Extension of Time to File Joint Final Pretrial Statement by John Doe. (Engel, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/09/2020) |
| 03/09/2020 | 119 | (VACATED per Order 155) JUDGMENT in favor of Rollins College against John Doe. ( Signed by Deputy Clerk) (LDJ) Modified text on 7/14/2020 (LDJ). (Entered: 03/09/2020) |
| 03/09/2020 | 120 | **ENDORSED ORDER granting 118 Joint Motion for Extension of Time to File Joint Final Pretrial Statement. The Joint Final Pretrial Statement and Trial Briefs are due on or before Monday, March 16, 2020. Signed by Judge Roy B. Dalton, Jr. on 3/9/2020. (EBU)** |

| | | |
|---|---|---|
| | | (Entered: 03/09/2020) |
| 03/09/2020 | | Reset scheduling order deadline: Joint Final Pretrial statement due by 3/16/2020 (LDJ) (Entered: 03/10/2020) |
| 03/11/2020 | 121 | RESPONSE in Opposition re 114 MOTION In Limine regarding Leading Question for Adverse Witnesses, Appearance of Expert by Video Conference, Assertion of Attorney-Client Privilege, and Relevance of Underlying Conduct of Plaintiff filed by Rollins College. (DeGance, Kelly) (Entered: 03/11/2020) |
| 03/13/2020 | 122 | MOTION for Miscellaneous Relief, specifically Leave to File Motion in Limine on Evidence Related to Damages for Mental Anguish and Emotional Distress by Rollins College. (Berdecia, Samantha) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/13/2020) |
| 03/13/2020 | 123 | **ENDORSED ORDER granting 122 Motion for Leave to File Motion in Limine on Evidence Related to Damages for Mental Anguish and Emotional Distress. Defendant is DIRECTED to file the Motion on or before Monday, March 16, 2020. Plaintiff is DIRECTED to respond on or before Friday, March 20, 2020. Signed by Judge Roy B. Dalton, Jr. on 3/13/2020. (EBU)** (Entered: 03/13/2020) |
| 03/16/2020 | 124 | MOTION In Limine regarding Exclusion of Evidence of Damages for Emotional Distress and Mental Anguish by Rollins College. (Attachments: # 1 Exhibit Plaintiff's Expert Disclosure of Treating Therapist, # 2 Exhibit Expert Report of Steven D. Shedlin)(DeGance, Kelly) (Entered: 03/16/2020) |
| 03/16/2020 | 125 | Joint PRETRIAL statement by John Doe. (Attachments: # 1 Appendix Joint Exhibits, # 2 Appendix Plaintiff's Exhibits with Defendant's Objections, # 3 Appendix Defendant's Exhibits with Plaintiff's Objections, # 4 Appendix Witness List, # 5 Appendix Joint Proposed Jury Instructions, # 6 Appendix Plaintiff's Proposed Jury Instructions, # 7 Appendix Plaintiff's Proposed Verdict Form, # 8 Appendix Defendant's Proposed Jury Instructions, # 9 Appendix Defendant's Proposed Verdict Form, # 10 Appendix Proposed Voir Dire, # 11 Appendix Stipulations) (Engel, Joshua) Modified on 3/17/2020 (LDJ). (Entered: 03/16/2020) |
| 03/16/2020 | 126 | NOTICE by Rollins College *of Filing Objections to Plaintiff's Proposed Jury Instructions* (Attachments: # 1 Objections to Plaintiff's Proposed Jury Instructions)(Berdecia, Samantha) Modified on 3/17/2020 (LDJ). (Entered: 03/16/2020) |
| 03/17/2020 | 127 | MOTION to Continue *Final Pretrial Conference and Trial* by John Doe. (Engel, Joshua) (Entered: 03/17/2020) |
| 03/17/2020 | 128 | RESPONSE in Opposition re 127 MOTION to Continue *Final Pretrial Conference and Trial* filed by Rollins College. (Alexander, Mark) (Entered: 03/17/2020) |
| 03/18/2020 | 129 | RESPONSE in Opposition re 124 MOTION In Limine regarding Exclusion of Evidence of Damages for Emotional Distress and Mental |

| | | |
|---|---|---|
| | | Anguish filed by John Doe. (Engel, Joshua) (Entered: 03/18/2020) |
| 03/18/2020 | 130 | **ORDER granting in part and denying in part 127 Motion to Continue. The trial term is suspended until further Court order. The Final Pretrial Conference will be conducted telephonically on March 26, 2020. Signed by Judge Roy B. Dalton, Jr. on 3/18/2020.(BIA) (ctp)** (Entered: 03/18/2020) |
| 03/18/2020 | 131 | NOTICE OF RESCHEDULING HEARING: The Status Conference previously scheduled for 3/26/2020 is rescheduled as a Telephone Conference set for 03/26/2020 at 1:30 pm in Orlando Courtroom 4A before Judge Roy B. Dalton, Jr. Counsel for the parties shall call 1-888-684-8852, access code 5851307, security code 032620, for the hearing. Counsel for the parties are instructed to call in AT LEAST five minutes prior to the hearing start time. (BIA)(ctp) (Entered: 03/18/2020) |
| 03/18/2020 | 132 | NOTICE canceling Jury Trial hearing scheduled for 04/06/2020. (BIA) (ctp) (Entered: 03/18/2020) |
| 03/24/2020 | 133 | NOTICE OF RESCHEDULING HEARING: The Final Pretrial Conference hearing previously scheduled for 03/26/2020 is rescheduled. New scheduling date and time: Final Pretrial Conference set for 3/25/2020 at 02:30 PM as a Telephone Conference in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. Counsel for the parties shall call 1-888-684-8852, access code 5851307, security code 032620, for the hearing. Counsel for the parties are instructed to call in AT LEAST five minutes prior to the hearing start time.(BIA) (ctp) (Entered: 03/24/2020) |
| 03/24/2020 | 134 | MOTION for Miscellaneous Relief, specifically Payment of Expert Deposition Fees by Rollins College. (Attachments: # 1 Exhibit Email to Counsel for Plaintiff, # 2 Exhibit Description of Services and Schedule of Fees, # 3 Exhibit Notice of Deposition of Peter Lake, # 4 Exhibit Deposition Invoice, # 5 Exhibit Email exchange between J. Engel and B. Geeslin, # 6 Exhibit Email exchange between J. Engel and B. Geeslin, # 7 Exhibit Email exchange between J. Engel and M. Alexander, # 8 Exhibit Email exchange between J. Engel and P. Lake, # 9 Exhibit TNG Expert Witness At-a-Glance, # 10 Exhibit Email exchange between J. Engel and B. Geeslin, # 11 Exhibit Email from P. Lake, # 12 Exhibit Peter Lake CV, # 13 Exhibit Biography of W. Scott Lewis, J.D.) (Alexander, Mark) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/24/2020) |
| 03/25/2020 | 136 | Minute Entry. Proceedings held before Judge Roy B. Dalton, Jr.: FINAL PRETRIAL CONFERENCE held on 3/25/2020. Court Reporter: Amie First. (BIA) (Entered: 03/26/2020) |
| 03/26/2020 | 135 | **ORDER granting 124 Motion in Limine; ruling deferred 114 Motion in Limine; ruling deferred 115 Motion in Limine.. Signed by Judge Roy B. Dalton, Jr. on 3/26/2020. (BIA)(ctp)** (Entered: 03/26/2020) |
| 04/01/2020 | 137 | MOTION for Preliminary Injunction by John Doe. (Attachments: # 1 Affidavit John Doe)(Engel, Joshua) (Entered: 04/01/2020) |

| 04/02/2020 | 138 | **ORDER taking under advisement 137 Motion for Preliminary Injunction. On or before Thursday, April 9, 2020, Plaintiff may file any further evidence or affidavits in support of the Motion. On or before Friday, April 17, 2020, Defendant may file one consolidated response in opposition to the Motion, including all opposing affidavits. On or before Wednesday, April 22, 2020, Plaintiff may file a reply to Defendant's response. Signed by Judge Roy B. Dalton, Jr. on 4/2/2020. (BIA)** (Entered: 04/02/2020) |
|---|---|---|
| 04/02/2020 | 139 | NOTICE of Telephonic Hearing on motion re 137 MOTION for Preliminary Injunction. Motion Hearing set for 4/29/2020 at 10:00 AM before Judge Roy B. Dalton, Jr. Counsel for the parties shall call 1-888-684-8852, access code 5851307, security code 042920, for the hearing. Counsel for the parties are instructed to call in AT LEAST five minutes prior to the hearing start time.(BIA) (ctp) (Entered: 04/02/2020) |
| 04/02/2020 | 140 | RESPONSE in Opposition re 134 MOTION for Miscellaneous Relief, specifically Payment of Expert Deposition Fees filed by John Doe. (Attachments: # 1 Affidavit of Andrea Goldblum, # 2 Affidavit of Joshua Engel)(Engel, Joshua) (Entered: 04/02/2020) |
| 04/08/2020 | 141 | SUPPLEMENT re 137 MOTION for Preliminary Injunction by John Doe. (Attachments: # 1 Affidavit of Eric Barker, # 2 Affidavit of Steven Shedlin)(Engel, Joshua) (Entered: 04/08/2020) |
| 04/17/2020 | 142 | RESPONSE in Opposition re 137 MOTION for Preliminary Injunction filed by Rollins College. (Berdecia, Samantha) (Entered: 04/17/2020) |
| 04/17/2020 | 143 | NOTICE by Rollins College *of filing in support of Defendant's Response to Plaintiff's Motion for Preliminary Injunction* (Attachments: # 1 Exhibit Verdict Form, Doe v. Trustees of Boston College, No. 1:15-cv-10790-DJC, # 2 Exhibit March 13, 2018 Letter from Jane Roe to Dr. Mamta Accapadi, # 3 Affidavit April 13, 2020 Declaration of Matthew Hawks)(Berdecia, Samantha) (Entered: 04/17/2020) |
| 04/21/2020 | 144 | REPLY to Response to Motion re 137 MOTION for Preliminary Injunction filed by John Doe. (Engel, Joshua) (Entered: 04/21/2020) |
| 04/27/2020 | 145 | **ORDER granting in part and denying in part 134 Defendant's Motion for Payment of Expert Deposition Fees. Signed by Magistrate Judge Leslie R. Hoffman on 4/27/2020. (MKH)** (Entered: 04/27/2020) |
| 04/29/2020 | 146 | Minute Entry. Proceedings held before Judge Roy B. Dalton, Jr.: TELEPHONIC MOTION HEARING held on 4/29/2020 re 137 MOTION for Preliminary Injunction filed by John Doe. Court Reporter: Amie First (BIA) Modified on 4/29/2020 (BIA). (Entered: 04/29/2020) |
| 04/29/2020 | 147 | **ORDER denying 137 Motion for Preliminary Injunction. Signed by Judge Roy B. Dalton, Jr. on 4/29/2020. (BIA) (ctp)** (Entered: 04/29/2020) |
| 06/03/2020 | 148 | NOTICE of hearing: Status Conference set for 6/11/2020 at 10:30 AM in |

| | | Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (BIA) (ctp) (Entered: 06/03/2020) |
|---|---|---|
| 06/04/2020 | 149 | Unopposed MOTION for Miscellaneous Relief, specifically TO CONDUCT STATUS CONFERENCE BY TELEPHONE OR VIDEO by John Doe. (Engel, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/04/2020) |
| 06/04/2020 | 150 | NOTICE canceling Status Conference hearing scheduled for 6/11/2020. *Hearing was inadvertently set* (BIA) (ctp) (Entered: 06/04/2020) |
| 06/04/2020 | 151 | **ENDORSED ORDER denying as moot 149 Unopposed Motion to Conduct Status Conference by Telephone. Signed by Judge Roy B. Dalton, Jr. on 6/4/20. (EBU)** (Entered: 06/04/2020) |
| 06/11/2020 | 152 | MOTION for Reconsideration re 117 Order on Motion for Partial Summary Judgment by John Doe. (Engel, Joshua) (Entered: 06/11/2020) |
| 06/24/2020 | 153 | RESPONSE in Opposition re 152 MOTION for Reconsideration re 117 Order on Motion for Partial Summary Judgment filed by Rollins College. (Alexander, Mark) (Entered: 06/24/2020) |
| 06/29/2020 | 154 | **ORDER denying without prejudice 114 Motion in Limine; denying without prejudice 115 Motion in Limine. When a new trial schedule is established, the Court will notify the parties of a deadline to refile their motions in limine. Signed by Judge Roy B. Dalton, Jr. on 6/29/2020. (GNB) ctp** (Entered: 06/29/2020) |
| 07/13/2020 | 155 | **ORDER denying 152 Motion for Reconsideration. The Court's Summary Judgment Order (Doc. 117) and Judgment (Doc. 119) are VACATED. An amended order will follow. Signed by Judge Roy B. Dalton, Jr. on 7/13/2020. (BIA) (ctp)** (Entered: 07/13/2020) |
| 07/13/2020 | 156 | **AMENDED ORDER granting in part and denying in part 56 Motion for Partial Summary Judgment; granting in part and denying in part 60 Motion for summary judgment Signed by Judge Roy B. Dalton, Jr. on 7/13/2020. (BIA) (ctp)** (Entered: 07/13/2020) |
| 08/25/2020 | 157 | (STRICKEN per Order 158) NOTICE of Serving Proposal for Settlement by Rollins College (Alexander, Mark) Modified text on 8/26/2020 (LDJ). (Entered: 08/25/2020) |
| 08/26/2020 | 158 | **ORDER to strike re: 157 Notice of Serving Proposal for Settlement filed by Rollins College. Signed by Magistrate Judge Leslie R. Hoffman on 8/26/2020. (MKH)** (Entered: 08/26/2020) |
| 11/13/2020 | 159 | Joint MOTION for Settlement Conference by John Doe. (Engel, Joshua) (Entered: 11/13/2020) |
| 11/13/2020 | 160 | **ORDER granting 159 Motion for Settlement Conference. The above-captioned case is REFERRED to U.S. Magistrate Judge Leslie R. Hoffman for a joint settlement conference. The parties are to contact Judge Hoffman's chambers to schedule a mutually agreeable time and format for the conference. Signed by Judge Roy B. Dalton, Jr.** |

| | | |
|---|---|---|
| | | on 11/13/2020. (BIA) (ctp) (Entered: 11/13/2020) |
| 11/13/2020 | 161 | **ORDER Setting Settlement Conference re 160 Order. Settlement Conference set for 12/11/2020 at 10:00 AM before Magistrate Judge Leslie R. Hoffman. The Settlement Conference will be conducted via the web-based Zoom application. See PDF Order for additional requirements and details. Signed by Magistrate Judge Leslie R. Hoffman on 11/13/2020. (MKH)** (Entered: 11/13/2020) |
| 11/16/2020 | 162 | NOTICE Identifying Persons Who Will Be Attending the Settlement Conference by John Doe re 161 Order Setting Hearing (Engel, Joshua) Modified text on 11/16/2020 (LDJ). (Entered: 11/16/2020) |
| 12/01/2020 | 163 | NOTICE by Rollins College *Required by Order Setting Settlement Conference* (Alexander, Mark) (Entered: 12/01/2020) |
| 12/01/2020 | 164 | **ORDER re 161 Order Setting Settlement Conference. Counsel for Plaintiff is DIRECTED to forward to Plaintiff and his mother a copy of the Zoom invitation sent via email. Signed by Magistrate Judge Leslie R. Hoffman on 12/1/2020. (MKH)** (Entered: 12/01/2020) |
| 12/11/2020 | 165 | Minute Entry. Proceedings held before Magistrate Judge Leslie R. Hoffman: SETTLEMENT CONFERENCE held on 12/11/2020. Impasse. (DIGITAL) (ECJ) (Entered: 12/14/2020) |
| 12/17/2020 | 166 | NOTICE of hearing: Status Conference set for 1/21/2021 at 10:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (BIA) (Entered: 12/17/2020) |
| 12/18/2020 | 167 | Unopposed MOTION for Joshua Engel to appear telephonically *or by video at January 21, 2021 Status Conference* by John Doe. (Engel, Joshua) (Entered: 12/18/2020) |
| 12/18/2020 | 168 | **ORDER granting 167 Motion to Appear Telephonically. Signed by Judge Roy B. Dalton, Jr. on 12/18/2020. (BIA) (ctp)** (Entered: 12/18/2020) |
| 12/18/2020 | 169 | NOTICE OF RESCHEDULING HEARING (AS TO LOCATION ONLY): Telephonic Status Conference set for 1/21/2021 at 10:00 AM before Judge Roy B. Dalton, Jr. Counsel for the parties shall call 1-888-684-8852, access code 5851307, security code 012121, for the hearing. Counsel for the parties are instructed to call in AT LEAST five minutes prior to the hearing start time.(BIA) (Entered: 12/18/2020) |
| 01/21/2021 | 170 | Minute Entry. Telephonic Proceedings held before Judge Roy B. Dalton, Jr.: STATUS CONFERENCE held on 1/21/2021. Court Reporter: Amie First (BIA) (Entered: 01/21/2021) |
| 01/21/2021 | 171 | **ORDER Setting Hearing Jury Trial set for 3/16/2021 at 09:00 AM in Orlando Courtroom 4 A before Judge Roy B. Dalton, Jr. (Jury Selection to be held in Courtroom 3A). By Friday, February 5, 2021, Plaintiff is DIRECTED to file briefing, not to exceed ten (10) pages, on whether Plaintiff should be able to proceed under a pseudonym for trial. By Friday, February 12, 2021, Defendant is DIRECTED to** |

| | | |
|---|---|---|
| | | respond, not to exceed ten (10) pages. By Friday, February 12, 2021, the parties are directed to refile motions in limine on the remaining disputed evidentiary issues. Signed by Judge Roy B. Dalton, Jr. on 1/21/2021. (BIA) (Entered: 01/21/2021) |
| 01/28/2021 | 172 | **TRIAL CALENDAR ORDER. Signed by Judge Roy B. Dalton, Jr. on 1/28/2021. (BIA)** (Entered: 01/28/2021) |
| 02/03/2021 | 173 | PLAINTIFF'S BRIEF re 171 Order Setting Hearing *on whether Plaintiff should be able to proceed under a pseudonym for trial* filed by John Doe. (Engel, Joshua) (Entered: 02/03/2021) |
| 02/04/2021 | 174 | Remark: the Court notes Doc. 173 does not comply with Local Rule 1.08's typography requirements. Given the recent changes to the Local Rules, the Court will accept the filing, but cautions future filings must comply with the current version of the Local Rules. Signed by Judge Roy B. Dalton, Jr. on 2/4/21. (EBU) (Entered: 02/04/2021) |
| 02/09/2021 | 175 | RESPONSE re 173 Brief - Plaintiff *Proceeding Under a Pseudonym at Trial (in Opposition)* filed by Rollins College. (Berdecia, Samantha) (Entered: 02/09/2021) |
| 02/12/2021 | 176 | MOTION In Limine by John Doe. (Engel, Joshua) (Entered: 02/12/2021) |
| 02/12/2021 | 177 | MOTION In Limine regarding Exclusion of Certain Opinions of Steven Shedlin by Rollins College. (Attachments: # 1 Exhibit Composite - Affidavit of Steven Shedlin and Expert Report)(Berdecia, Samantha) (Entered: 02/12/2021) |
| 02/18/2021 | 178 | **ORDER: Plaintiff may proceed under the pseudonym "John Doe" during trial. By Monday, March 1, 2021, the parties may file a proposed limiting instruction on Plaintiff's use of a pseudonym during trial. Signed by Judge Roy B. Dalton, Jr. on 2/18/2021. (BIA) (ctp)** (Entered: 02/18/2021) |
| 02/18/2021 | 179 | RESPONSE in Opposition re 177 MOTION In Limine regarding Exclusion of Certain Opinions of Steven Shedlin filed by John Doe. (Engel, Joshua) (Entered: 02/18/2021) |
| 02/22/2021 | 180 | **ORDER: by Thursday, February 25, 2021, Defendant is directed to either: (1) notify the Court it does not oppose Plaintiff's motion in limine as it relates to the audio statements (Doc. 176, pp. 5-7) and the Court will rely on Defendant's previously-filed response (Doc. 121); or (2) file a response to Plaintiff's entire motion in limine (Doc. 176) and the Court will not rely on Defendant's previous response. Signed by Judge Roy B. Dalton, Jr. on 2/22/2021. (BIA)** (Entered: 02/22/2021) |
| 02/22/2021 | 181 | RESPONSE in Opposition re 176 MOTION In Limine filed by Rollins College. (Berdecia, Samantha) (Entered: 02/22/2021) |
| 02/25/2021 | 182 | Proposed Jury Instructions by Rollins College. (Berdecia, Samantha) (Entered: 02/25/2021) |
| | | |

| | | |
|---|---|---|
| 02/25/2021 | [183] | **ORDER granting in part and denying in part [176] Motion in Limine; granting in part and denying in part [177] Motion in Limine. Signed by Judge Roy B. Dalton, Jr. on 2/25/2021. (BIA)** (Entered: 02/25/2021) |
| 03/12/2021 | [184] | MOTION for Permanent Injunction *Following Trial* by John Doe. (Attachments: # [1] Exhibit Entry from Doe et al v. Trustees of Boston College et al, No. 1:15-cv-10790-DJC)(Engel, Joshua) (Entered: 03/12/2021) |
| 03/12/2021 | [185] | NOTICE by John Doe *OF SERVICE OF SUBPOENA ON ORIANA JIMENEZ GUEVARA* (Attachments: # [1] Exhibit Subpoena and Return) (Engel, Joshua) (Entered: 03/12/2021) |
| 03/15/2021 | [186] | STIPULATION *RE: ORIANA JIMENEZ-GUEVARA* by John Doe. (Engel, Joshua) (Entered: 03/15/2021) |
| 03/15/2021 | [187] | NOTICE of Plaintiff's Designation of Portions of Deposition of Oriana Jimenez Guevara and Objections to Defendant's Designation of Portions of Deposition of Oriana Jimenez Guevara by John Doe (Engel, Joshua) Modified text on 3/16/2021 (TNP). (Entered: 03/15/2021) |
| 03/15/2021 | [188] | NOTICE of Defendant's Deposition Designations and Cross Designations of Oriana Guevara by Rollins College (Berdecia, Samantha) Modified text on 3/16/2021 (TNP). (Entered: 03/15/2021) |
| 03/15/2021 | [189] | NOTICE of Defendant's Objections to Plaintiff's Deposition Designations of Oriana Guevara by Rollins College (Berdecia, Samantha) Modified text on 3/16/2021 (TNP). (Entered: 03/15/2021) |
| 03/16/2021 | [190] | Minute Entry. In Person Proceedings held before Judge Roy B. Dalton, Jr.: JURY TRIAL (Day 1) held on 3/16/2021. Court Reporter: Amie First (BIA) Modified on 3/17/2021 (BIA). (BIA). (Entered: 03/17/2021) |
| 03/17/2021 | [191] | MOTION for Judgment as a Matter of Law *on materiality of breach of 60-day provision* by John Doe. (Engel, Joshua) (Entered: 03/17/2021) |
| 03/17/2021 | [192] | Minute Entry. In Person Proceedings held before Judge Roy B. Dalton, Jr.: JURY TRIAL (Day 2) held on 3/17/2021. Court Reporter: Amie First (BIA) (BIA). (Entered: 03/18/2021) |
| 03/18/2021 | [193] | Minute Entry. In Person Proceedings held before Judge Roy B. Dalton, Jr.: JURY TRIAL (Day 3) completed on 3/18/2021. Court Reporter: Amie First (BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 194 | ORAL MOTION for Judgment as a Matter of Law by Rollins College. (BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 195 | ORAL MOTION for Reconsideration re [156] Amended Order by Rollins College. (BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 196 | **ORAL ORDER denying in part and reserves ruling in part 194 Motion for Judgment as a Matter of Law; denying 195 Motion for Reconsideration for the reasons stated on the record. Rendered in** |

| | | |
|---|---|---|
| | | open court by Judge Roy B. Dalton, Jr. on 3/18/2021. (BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 197 | Jury Instructions. (BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 198 | JURY VERDICT. (BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 199 | Plaintiff's Exhibit List (Jury Trial) by John Doe. (Attachments: # 1 Exhibit 3, # 2 Exhibit 5, # 3 Exhibit 6)(BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 200 | Defendant's Exhibit List (Jury Trial) by Rollins College. (Attachments: # 1 Exhibit 14)(BIA) (Entered: 03/19/2021) |
| 03/18/2021 | 201 | Joint Exhibit List (Jury Trial) by John Doe, Rollins College. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31)(BIA) (Entered: 03/19/2021) |
| 03/22/2021 | 202 | NOTICE by Rollins College *of Filing* (Attachments: # 1 Exhibit Plaintiff's Initial Disclosures marked for identification as Defendant's 31, # 2 Exhibit Plaintiff's Response to First Set of Interrogatories marked for identification as Defendant's Exhibit 32, # 3 Exhibit Plaintiff's Supplemental Response to First Set of Interrogatories marked for identification as Defendant's Exhibit 33, # 4 Exhibit Plaintiff's Second Supplemental Response to First Set of Interrogatories marked for identification as Defendant's Exhibit 34, # 5 Exhibit Dr. Steven Shedlin's Report marked for identification as Defendant's Exhibit 35)(Berdecia, Samantha) (Entered: 03/22/2021) |
| 03/22/2021 | 203 | **ORDER denying as moot 194 Motion for Judgment as a Matter of Law. Signed by Judge Roy B. Dalton, Jr. on 3/22/2021. (BIA)** (Entered: 03/22/2021) |
| 03/22/2021 | 204 | **ORDER denying as moot 184 Motion for Permanent Injunction. Signed by Judge Roy B. Dalton, Jr. on 3/22/2021. (BIA)** (Entered: 03/22/2021) |
| 03/23/2021 | 205 | **JUDGMENT IN A CIVIL CASE. FINAL JUDGMENT is entered in favor of the Defendant, Rollins College and against the Plaintiff, John Doe. Signed by Judge Roy B. Dalton, Jr. on 3/23/2021. (BIA)** (Entered: 03/23/2021) |
| 03/25/2021 | 206 | PROPOSED BILL OF COSTS by Rollins College. (Alexander, Mark) (Entered: 03/25/2021) |
| 03/26/2021 | 207 | **ORDER denying 191 Motion for Judgment as a Matter of Law. Signed by Judge Roy B. Dalton, Jr. on 3/26/2021. (BIA)** (Entered: 03/26/2021) |
| | | |

| 03/31/2021 | 208 | MOTION to Review Bill of Cost (Filed as an Objection) re 206 Bill of costs - proposed . (Engel, Joshua) Modified on 4/1/2021 (TNP). (Entered: 03/31/2021) |
|---|---|---|
| 04/01/2021 | 209 | NOTICE by Rollins College re 206 Bill of costs - proposed *(Filing in Support of)* (Attachments: # 1 Exhibit Invoices reflected in Defendant's Bill of Costs)(Alexander, Mark) (Entered: 04/01/2021) |
| 04/02/2021 | 210 | MOTION for New Trial , MOTION for Judgment as a Matter of Law by John Doe. (Engel, Joshua) (Entered: 04/02/2021) |
| 04/02/2021 | 211 | NOTICE OF APPEAL as to 205 Judgment by John Doe. Filing fee $ 505, receipt number 113A-18078855. (Engel, Joshua) (Entered: 04/02/2021) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN DOE,

        Plaintiff,

v.                          Case No:   6:18-cv-1069-RBD-LRH

ROLLINS COLLEGE,

        Defendant.

_____

## <u>JUDGMENT IN A CIVIL CASE</u>

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

It is **ORDERED AND ADJUDGED** that **FINAL JUDGMENT** is entered in favor of the Defendant, Rollins College and against the Plaintiff, John Doe. It is further **ORDERED AND ADJUDGED** that the prevailing party shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 23, 2021.



ROY B. DALTON JR.
United States District Judge