# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN DOE,**

    **Plaintiff,**

v.                                                    **Case No: 6:18-cv-1069-RBD-LRH**

**ROLLINS COLLEGE,**

    **Defendant.**

## ORDER

On March 25, 2021, Defendant filed a proposed bill of costs. Doc. No. 206. On March 31, 2021, Plaintiff filed objections to the proposed bill of costs, arguing that Defendant had failed to describe the expenses with particularity or provide any proof of payment for any of the costs. Doc. No. 208. After Plaintiff filed his objections, Defendant filed a "Notice of Filing in Support of Defendant's Bill of Costs," which includes supporting invoices. Doc. Nos. 209, 209-1.

Upon consideration that Defendant has not filed any explanation as to the proposed bill of costs, and Plaintiff's objections to same, the Court will require the parties to submit supplemental briefing regarding the proposed bill of costs. Accordingly, it is **ORDERED** as follows:

1. On or before **April 19, 2021**, Defendant shall file a supplemental brief as it relates to the proposed bill of costs, which shall not exceed ten (10) pages in length, with an explanation of the costs sought and legal authority supporting the recoverability of same.

2. On or before **May 3, 2021**, Plaintiff may file a response to Defendant's supplemental brief, which shall not exceed ten (10) pages in length.

3. Upon receipt of the parties' supplemental briefing, the Court will take the issue of costs under advisement.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record