## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JOHN DOE,

      Plaintiff,

v.                                  Case No. 6:18-cv-1069-RBD-LRH

ROLLINS COLLEGE,

      Defendant.

_____

## <u>ORDER</u>

On March 25, 2021, Defendant filed a proposed Bill of Costs, seeking $13,846.95. (Doc. 206.) Plaintiff objected the Bill of Costs, arguing Defendant failed to describe the expenses with particularity or provide proof of payment for the costs. (Doc. 208.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends sustaining in part and overruling in part Plaintiff's objections and recommends awarding Defendant $6,467.18 in costs. (Doc. 233 ("R&R").)

No party objected to the R&R, and the time for doing so has passed. Absent objection, the Court examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1.     U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 233) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2.     Plaintiff's Objections to Defendant's Bill of Costs (Doc. 208) are **SUSTAINED** in part and **OVERRULED** in part.

3.     Defendant is **AWARDED** taxable costs in the amount of **$6,467.18**.

4.     The remainder of Defendant's requested costs are **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 28, 2021.

ROY B. DALTON JR.
United States District Judge